# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1069**　　　　　　　　　　　　　　　　　**September Term, 2022**

**FERC-CP19-502-000**
**FERC-CP19-502-001**
**FERC-CP19-502-002**

**Filed On: March 23, 2023** [1991389]

Healthy Gulf, et al.,

　　　　Petitioners

　　v.

Federal Energy Regulatory Commission,

　　　　Respondent

# N O T I C E

　　This case was docketed on March 23, 2023. The Federal Energy Regulatory CommissionFederal Energy Regulatory CommissionFederal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on March 23, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Emily K. Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review