IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| HEALTHY GULF, CENTER FOR BIOLOGICAL DIVERSITY, LOUISIANA BUCKET BRIGADE, SIERRA CLUB, AND TURTLE ISLAND RESTORATION NETWORK<br>*Petitioners*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION<br>*Respondent*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-1069 |

## NOTICE OF ERRATA TO INITIAL PETITION FOR REVIEW

The undersigned Petitioners hereby provide notice of the following correction to the Initial Petition for Review filed March 15, 2023.

1. As a result of a typographical error, the date of filing for Healthy Gulf et al's Petition for Review, filed with the District of Columbia Court of Appeals, was incorrectly listed as March 15, 2022. The correct date is March 15, 2023. This error appears in the Petition for Review at page 3.

Dated: March 24, 2023

                                          Respectfully submitted,

                                          **/s/ Rebecca McCreary**
                                          Rebecca McCreary
                                          Sierra Club
                                          1650 38th Street, Suite 102W
                                          Boulder, CO 80301
                                          (305)449-5595
                                          rebecca.mccreary@sierraclub.org

Nathan Matthews
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorneys for Healthy Gulf, Center for Biological Diversity, Louisiana Bucket Brigade, Sierra Club, and Turtle Island Restoration Network*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 24, 2023, I served a copy of the foregoing Notice of Errata by email on the following parties, including all members of the service list in FERC Docket No. CP19-502, as indicated by https://ferconline.ferc.gov/ServiceListResults.aspx?DocketNo=CP19-502.

Blair Woodward
General Counsel
Cameron LNG, LLC
2925 Briarpark Drive
Suite 1000
Houston, TX 77042
United States
bwoodward@cameronlng.com

Michael Wolf
 Cameron LNG
2925 Briarpark Drive
Suite 1000
Houston, TX 77042
mwolf@cameronlng.com

Scott Ray
Chief Operating Officer
Commonwealth LNG, LLC
1 Riverway Ste 500
Houston, TX 77056
United States
sray@teamcpl.com

Sandra Safro
Partner
1601 K Street NW
Washington, D.C. 20006
sandra.safro@klgates.com

Naomi Yoder
Science Review Specialist
1010 Common St., Ste 902
Healthy Gulf
New Orleans, LA 70112
United States
naomi@healthygulf.org

Brenton Newman
Audubon Delta
5949 Louisville Street
New Orleans, LA 70124
United States
brent.newman@audubon.org

Morgan Johnson
Staff Attorney
Natural Resources Defense Council
1152 15th Street, NW
Suite 300

Hannah Saggau
Public Citizen, Inc
133 White Horse Pl
Glenwood Springs, CO 81601
United States

Washington, D.C. 20005  
United States  
majohnson@nrdc.org

Gillian R Giannetti  
Staff Attorney  
Natural Resources Defense Council  
1152 15th Street, NW  
Suite 300  
Washington, D.C. 20005  
ggiannetti@nrdc.org

John Beard  
501 W. 15th St. Port Arthur, TX  
Port Arthur, TX 77640  
United States  
john.beard901456@outlook.com

Michael Tritico  
RESTORE  
PO Box 233  
Longville, LA 70652-0233  
United States  
michaeltritico@yahoo.com

hsaggau@citizen.org

Joanie Steinhaus  
Program Director  
1214 Bowie Drive  
Galveston, TX 77551  
United States  
joanie@tirn.net

Patrick Nevins  
Latham & Watkins LLP  
555 Eleventh Street NW  
Suite 1000  
Washington, D.C. 20004  
United States  
patrick.nevins@lw.com

Respectfully submitted,

**/s/ Rebecca McCreary**  
Rebecca McCreary  
Sierra Club  
1650 38th Street, Suite 102W  
Boulder, CO 80301  
(305) 449-5595  
rebecca.mccreary@sierraclub.org

Nathan Matthews  
Sierra Club  
2101 Webster Street, Suite 1300

Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorneys for Healthy Gulf, Center for Biological Diversity, Louisiana Bucket Brigade, Sierra Club, and Turtle Island Restoration Network*