## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Natural Resources Defense Council, Inc., | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 23-1071 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

## MOTION OF COMMONWEALTH LNG, LLC
## TO INTERVENE IN SUPPORT OF RESPONDENT

Pursuant to Rules 15(d) and 27 the Federal Rules of Appellate Procedure, and Rules 15(b) and 27 of the D.C. Circuit, Commonwealth LNG, LLC ("Commonwealth") hereby moves for leave to intervene on behalf of the Respondent Federal Energy Regulatory Commission ("FERC") in the above captioned proceeding.

### I.

On March 16, 2023, Natural Resources Defense Council, Inc. ("NRDC") filed the above-captioned petition seeking review of the following FERC orders:

1. Order Granting Authorization Under Section 3 of the Natural Gas Act, *Commonwealth LNG, LLC*, 181 FERC ¶ 61,143 (Nov. 17, 2022); and
2. Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 182 FERC ¶ 62,033 (Jan. 19, 2023).

The FERC orders as to which review is sought, copies of which are attached to the petition for review, authorized intervenor-movant Commonwealth to site, construct, and operate a liquefied natural gas terminal in Cameron Parish, Louisiana.

## II.

The petition for review seeks to overturn the FERC authorization for Commonwealth's proposed LNG terminal. Commonwealth will be directly affected by such relief, as the FERC authorization is necessary to allow construction and operation of Commonwealth's terminal, and overturning the authorization would risk the future of Commonwealth's multi-billion dollar investment.

## III.

Commonwealth actively participated as a party in the FERC proceedings under review. Its interests will be directly affected by any order issued by this Court in this proceeding, and cannot be adequately protected by any other party. *See Fund for Animals, Inc. v. Norton,* 322 F.3d 728, 734-35 (D.C. Cir. 2003) (noting that this is a "minimal" and "not onerous" standard under which intervention "ordinarily should be allowed.") (citing *Trbovich v. United Mine Workers,* 404 U.S. 528, 538 n.10 (1972), *Dimond v. District of Columbia*, 792 F.2d 179, 192 (D.C.Cir.1986), and *United States v. American Tel. & Tel. Co*., 642 F.2d 1285, 1293 (D.C. Cir.1980)). *See also id*., at 736 ("we have often concluded that governmental entities do not adequately represent the interests of aspiring intervenors") (citing *Dimond*, 792 F.2d

at 192-93).  This motion is timely filed within 30 days of the filing of the petition for review.

Commonwealth intends to support Respondent FERC in this action.

USCA Case #23-1069      Document #1994836      Filed: 04/14/2023      Page 3 of 7

Commonwealth respectfully requests that this Court grant its Motion to Intervene on behalf of the Respondent as a party of record in this proceeding.

Respectfully submitted,

 */s/ John Longstreth*
John Longstreth
David L. Wochner
Timothy J. Furdyna
K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
Phone:  (202) 778-9000
Fax:     (202) 778-9100
Email:  john.longstreth@klgates.com
           david.wochner@klgates.com
           tim.furdyna@klgates.com

*Counsel for Commonwealth LNG, LLC*

April 14, 2023

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Natural Resources Defense Council, Inc., | ) | |
| | ) | |
| Petitioners | ) | |
| | ) | |
| v. | ) | No. 23-1071 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT
OF COMMONWEALTH LNG, LLC**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, and District of Columbia Circuit Rule 26.1, Commonwealth LNG, LLC ("Commonwealth") submits the following required Disclosure Statement:

Commonwealth is a wholly owned subsidiary of Commonwealth Projects, LLC, which is in turn wholly owned by a private individual, Paul Varello.

Pursuant to the requirement of Circuit Rule 26.1(b) that movants provide a statement of general nature and purpose relevant to the litigation, Commonwealth hereby states as follows:

Commonwealth is a Texas limited liability company with its principal place of business in Houston, Texas.  It is a liquefied natural gas company focused on the

development of a liquefied natural gas export facility to be located in Cameron

Parish, Louisiana.

Respectfully submitted,


*/s/ John Longstreth*_____
John Longstreth
David L. Wochner
Timothy J. Furdyna
K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
Phone:  (202) 778-9000
Fax:      (202) 778-9100
Email:  john.longstreth@klgates.com
            david.wochner@klgates.com
            tim.furdyna@klgates.com

*Counsel for Commonwealth LNG, LLC*

April 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2023, I electronically filed the foregoing Motion to Intervene of Commonwealth LNG, LLC with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that I have mailed the foregoing document by first-class mail, postage prepaid, to any participants in the case who are not CM/ECF users.

/s/ John Longstreth