# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1069 (L), 23-1071    2. DATE DOCKETED: 03/15/2023
3. CASE NAME (lead parties only): Healthy Gulf et al. v. Federal Energy Regulatory Commission
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): 181 FERC ¶ 61,143
   c. Give date(s) of order(s): November 17, 2022
   d. Has a request for rehearing or reconsideration been filed at the agency? ◉ Yes ○ No
      If so, when was it filled? 12/19/2022    By whom? Sierra Club et al.
      Has the agency acted? ○ Yes ◉ No    If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ○ Yes ◉ No If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ◉ Yes ○ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See statement of related cases (discussing D.C. Cir. cases 20-1379, 22-1101 (L)).
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ◉ No If YES, provide program name and participation dates.

Signature: /s/ Nathan Matthews    Date: 04/24/2023
Name of Counsel for Appellant/Petitioner: Nathan Matthews
Address: 2101 Webster St., Suite 1300, Oakland, CA 94612
E-Mail: nathan.matthews@sierraclub.org    Phone (415) 977-6595    Fax ( ) _____

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

Attachment to
DOCKETING STATEMENT
*Healthy Gulf et al v. Federal Energy Regulatory* Commission, Nos. 23-1069 (L)
(consolidated with 23-1071)
April 24, 2023

**Section 6.e**

The order under review authorizes the siting, construction, and operation of the Commonwealth LNG natural gas liquefaction and export facility, including a Natural Gas Act section 3 natural gas pipeline, in Cameron Parish, Louisiana.

Petitioners Healthy Gulf, Center for Biological Diversity, Louisiana Bucket Brigade, Sierra Club, Turtle Island Restoration Network, and Natural Resources Defense Council have associational standing on behalf of their members, some of whom own land, live, work, recreate, or otherwise use areas near the project. Construction and operation of this project will entail an increase in traffic, cause visual blight, and increase air emissions and noise. These impacts will physically intrude upon petitioners' members' use and enjoyment of the areas surrounding the project. Air and noise pollution emitted by this project, such as from compressor stations and onsite power generation, will harm the health and welfare of petitioners' members, force petitioners' members to refrain from or curtail activities that they would otherwise enjoy, and diminish petitioners' members' ability to enjoy every day and recreational activities in their homes and communities. In addition, operation of the project will cause aesthetic and

recreational harm to petitioners' members who use and enjoy areas near the project.

      Because petitioners assert procedural injuries, the Court will presume that an order requiring the Federal Energy Regulatory Commission to cure the deficiencies in its NEPA and Natural Gas Act analyses would lead the Commission to choose a different action, including either rejecting the project altogether or adopting an alternative that would lessen the impacts on petitioners and their members.

# CERTIFICATE OF SERVICE

I, Nathan Matthews, hereby certify under the penalty of perjury that on April 24, 2023, I filed the original of 1) The Agency Docketing Statement, 2) The Certificate as to Parties, Rulings, and Contested Cases, and 3) Petitioners' Consolidated Non-Binding Statement of Issues to be Raised, 4) The Decision from which Appeal Arises, and 5) The Statement of Intent to Utilize Deferred Joint Appendix, via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in these cases via electronic noticing.

April 24, 2023.

/s/ Nathan Matthews
Nathan Matthews
*Attorney for Healthy Gulf, Center for Biological Diversity, Louisiana Bucket Brigade, Sierra Club, and Turtle Island Restoration Network*