IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Sierra Club, et al., <br><br>               Petitioners, <br><br>     v. <br><br>Federal Energy Regulatory Commission, <br><br>               Respondent, <br><br>Commonwealth Energy, LLC, <br><br>               Intervenor for Respondent | Nos. 23-1069/23-1071 <br>(consolidated) |

### ERRATA TO FINAL BRIEF OF INTERVENOR FOR
### FOR RESPONDENT COMMONWEALTH LNG, LLC

Intervenor for Respondent Commonwealth LNG, LLC makes this errata filing to provide notice that the hard copies of the briefs filed and served today correct typographical errors to remove the characters "Pet." from the first line on the cover page and to add "Pet. Br." before "at 40-46" on page 16. The word count is updated accordingly to 8907 words.

Respectfully submitted,

*/s/ John Longstreth*
John Longstreth
David L. Wochner
Timothy J. Furdyna
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Phone: (202) 778-9000
Fax: (202) 778-9100
Email: john.longstreth@klgates.com
david.wochner@klgates.com
tim.furdyna@klgates.com

*Counsel for Commonwealth LNG, LLC*

October 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2023, I electronically filed foregoing Errata to the Final Brief of Commonwealth LNG, LLC with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ John Longstreth