# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Healthy Gulf, *et al*.,                  )
               Petitioners,        )
                         )
     v.                              )   Nos. 23-1069 and 23-1071
                         )       (consolidated)
Federal Energy Regulatory Commission,   )
               Respondent          )

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717*r*(b)(1994), the provisions of 28 U.S.C. § 2112 (1994), and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are (1) "Order Granting Authorization Under Section 3 of The Natural Gas Act," 181 FERC ¶ 61,143, issued November 17, 2022, "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," 182 FERC ¶ 62,033, issued January 19, 2023, in *Commonwealth LNG, LLC*, FERC Docket No. CP19-502; and (2) the complete record upon which such orders were entered.

| Record Item No. | Description |
|---|---|

1.       Filed By: Commonwealth LNG, LLC
         Date Filed: 07/28/2017
         Accession No: 20170728-5254
         Description: Commonwealth LNG, LLC submits a Request to Initiate
         NEPA Pre Filing Process under PF17-8.

2.       Filed By: Commonwealth LNG, LLC
         Date Filed: 07/28/2017
         Accession No: 20170728-5255
         Description: Commonwealth LNG, LLC submits a Request to Initiate
         NEPA Pre Filing Process under PF17-8.

3.       Issued By: ENERGY PROJECTS, OFFICE OF
         Date Filed: 08/15/2017
         Accession No: 20170815-3004
         Description: Letter order approving Commonwealth LNG, LLC's
         7/28/17 request to use the pre-filing process for the Commonwealth
         LNG Project under PF17-8.

4.       Issued By: OFFICE OF ENERGY PROJECTS
         Date Filed: 08/25/2017
         Accession No: 20170825-3021
         Description: Memorandum of Understanding between FERC,
         Commonwealth LNG, LLC and Carrdino Inc under PF17-8.

5.       Filed By: Commonwealth LNG, LLC
         Date Filed: 09/13/2017
         Accession No: 20170913-5041
         Description: Commonwealth submits correspondence relating to Draft
         Resource Reports 1 and 10 under PF17-8.

6.       Filed By: Commonwealth LNG, LLC
         Date Filed: 10/16/2017
         Accession No: 20171016-5263
         Description: Commonwealth LNG, LLC submits preliminary Draft
         Resource Reports 1 and 10 under PF17-8.

Record
Item No.        Description


7.          Filed By: Commonwealth LNG, LLC
            Date Filed: 10/16/2017
            Accession No: 20171016-5264
            Description: Commonwealth LNG, LLC submits preliminary Draft
            Resource Reports 1 and 10 under PF17-8.

8.          Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 10/31/2017
            Accession No: 20171031-3047
            Description: Summary of the October 4, 2017 Conference Call
            between FERC Staff and Commonwealth LNG, L.L.C. re Pre-Filing
            process for the Commonwealth LNG Project under PF17-8.

9.          Issued By: FEDERAL ENERGY REGULATORY COMMISSIO
            Date Filed: 10/31/2017
            Accession No: 20171031-3053
            Description: Summary of the October 18, 2017 conference call
            between FERC Staff and Commonwealth re the Commonwealth LNG
            Project under PF17-8.

10.         Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 11/14/2017
            Accession No: 20171114-3051
            Description: Pre-filing Conference Call Noted dated 11/01/2017
            between FERC and Commonwealth LNG, L.L.C.'s Commonwealth
            LNG Project under PF17-8.

11.         Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 11/15/2017
            Accession No: 20171115-3014
            Description: Letter submitting comments on the Draft Environmental
            Resource Report 1 and Summary of Alternatives filed with FERC on
            October 16, 2017, for the planned Commonwealth LNG Project under
            PF17-8.

| Record Item No. | Description |
|---|---|

12.    Issued By: FEDERAL ENERGY REGULATORY COMMISSION
       Date Filed: 11/24/2017
       Accession No: 20171124-3010
       Description: Summary of the November 15, 2017 project conference
       call between FERC Staff and Commonwealth LNG, L.L.C. re
       Commonwealth's Draft Resource Report 1 and Summary of
       Alternatives Project under PF17-8.

13.    Filed By: Commonwealth LNG, LLC
       Date Filed: 11/30/2017
       Accession No: 20171130-5264
       Description: Commonwealth LNG, LLC submit its Monthly Status
       Report No. 1 October 2017 under PF17-8.

14.    Filed By: Commonwealth LNG, LLC
       Date Filed: 11/30/2017
       Accession No: 20171130-5265
       Description: Commonwealth LNG, LLC submit its Monthly Status
       Report No. 1 - October 2017 under PF17-8.

15.    Filed By: Commonwealth LNG, LLC
       Date Filed: 12/15/2017
       Accession No: 20171215-5184
       Description: Commonwealth LNG, LLC submit its Monthly Status
       Report No. 2 - November 2017 under PF17-8.

16.    Issued By: FEDERAL ENERGY REGULATORY COMMISSION
       Date Filed: 01/04/2018
       Accession No: 20180104-3018
       Description: Summary of the December 13, 2017 project conference
       call between FERC Staff and Commonwealth LNG, L.L.C. re
       Commonwealth Project updates under PF17-8.

Record
Item No.     Description

17.     Filed By: Commonwealth LNG, LLC
        Date Filed: 01/16/2018
        Accession No:  20180116-5207
        Description: Commonwealth LNG, LLC submits its Monthly Status
        Report No. 3 - December 2017 under PF17-8.

18.     Issued By: FEDERAL ENERGY REGULATORY COMMISSION
        Date Filed: 01/16/2018
        Accession No: 20180116-3007
        Description: Memo re the 12/13/2017 Project Conference Call re
        Commonwealth LNG L.L.C.'s Commonwealth LNG Project under
        PF17-8.

19.     Issued By: FEDERAL ENERGY REGULATORY COMMISSION
        Date Filed: 02/13/2018
        Accession No: 20180213-3053
        Description: Memo re the 1/31/18 Project Conference Call re
        Commonwealth LNG L.L.C.'s Commonwealth LNG Project under
        PF17-8.

20.     Issued By: FEDERAL ENERGY REGULATORY COMMISSION
        Date Filed: 02/13/2018
        Accession No: 20180213-3052
        Description: Project Conference Call dated 1/3/2017 between
        Commonwealth LNG L.LC and Ferc re the Commonwealth LNG
        Project under PF17-8.

21.     Issued By: SECRETARY OF THE COMMISSION, FERC
        Date Filed: 02/22/2018
        Accession No: 20180222-3048
        Description: Notice of Intent to Prepare an Environmental Impact
        Statement for The Planned Commonwealth LNG Project, Request for
        Comments on Environmental Issues, and Notice of Public Scoping
        Session re Commonwealth LNG LLC under PF17-8.

Record
Item No.          Description

22.          Filed By: Commonwealth LNG, LLC
             Date Filed: 02/23/2018
             Accession No: 20180223-5116
             Description: Commonwealth LNG, LLC, submits its Monthly Status
             Report No. 4 for the period of January 2018 under PF17-8.

23.          Filed By: Commonwealth LNG, LLC
             Date Filed: 03/06/2018
             Accession No: 20180306-5035
             Description: Commonwealth LNG, LLC submits supplemental
             landowner information under PF17-8.

24.          Filed By: Commonwealth LNG, LLC
             Date Filed: 03/06/2018
             Accession No: 20180306-5034
             Description: Commonwealth LNG, LLC submits supplemental
             landowner information under PF17-8.

25.          Filed By: Commonwealth LNG, LLC
             Date Filed: 03/07/2018
             Accession No: 20180307-5075
             Description: Commonwealth LNG, LLC submits a Project description
             update under PF17-8.

26.          Issued By: ENERGY PROJECTS, OFFICE OF
             Date Filed: 03/09/2018
             Accession No: 20180309-3015
             Description: Letter to Commonwealth LNG LLC requesting
             comments re the Commonwealth LNG Project within 30 days under
             PF17-8.

| Record Item No. | Description |
|---|---|

27.     Issued By: FEDERAL ENERGY REGULATORY COMMISSION
        Date Filed: 03/13/2018
        Accession No: 20180313-4005
        Description: Transcript of the 3/13/2018 Hearing held in Johnson
        Bayou Louisiana re the Commonwealth LNG LLC Project under
        PF17-8.

28.     Filed By: FEDERAL EMERGENCY MANAGEMENT AGENCY
        Date Filed: 03/14/2018
        Accession No: 20180315-0010
        Description: U.S. Department of Homeland Security- Federal
        Emergency Management Agency submits comments re the the Notice
        Review/ Environmental Consultation under PF17-8.

29.     Filed By: Individual No Affiliation
        Date Filed: 03/22/2018
        Accession No: 20180322-5072
        Description: Comment of Craig Broussard in Docket(s)/Project(s)
        PF17-8-000. Submission Date: 3/22/2018

30.     Filed By: Individual No Affiliation
        Date Filed: 03/22/2018
        Accession No: 20180322-5021
        Description: Comment of John C Allaire under PF17-8.

31.     Filed By: Individual No Affiliation
        Date Filed: 03/23/2018
        Accession No: 20180323-5070
        Description: Comment of Matthew G. Simon in Docket(s)/Project(s)
        PF17-8-000. Submission Date: 3/23/2018

Record
Item No.        Description

32.             Filed By: Sabin Center for Climate Change Law
                Date Filed: 03/26/2018
                Accession No: 20180326-5197
                Description: Comment of the Sabin Center for Climate Change Law
                under PF17-8 in regard to Notice of Intent to Prepare an
                Environmental Impact Statement for the Commonwealth LNG
                Planned Project, Request for Comments on Environmental Issues

33.             Filed By: FISH AND WILDLIFE SERVICE
                Date Filed: 03/26/2018
                Accession No: 20180326-4002
                Description: U.S. Fish and Wildlife Service's Louisiana Ecological
                Services Office submits response for the proposed construction re the
                Commonwealth LNG Export Terminal Project under PF17-8.

34.             Filed By: US Department of Commerce; National Oceanic and
                Atmospheric UNITED STATES DEPARTMENT OF COMMERCE
                Date Filed: 03/26/2018
                Accession No: 20180326-5229
                Description: Comment of US Department of Commerce; National
                Oceanic and Atmospheric Administration under PF17-8.

35.             Issued By: FEDERAL ENERGY REGULATORY COMMISSION
                Date Filed: 03/27/2018
                Accession No: 20180327-3001
                Description: Project Conference Call dated 3/7/18 between
                Commonwealth LNG L.LC and FERC re the Commonwealth LNG
                Project, et al under PF17-8.

36.             Issued By: ENERGY PROJECTS, OFFICE OF
                Date Filed: 03/27/2018
                Accession No: 20180327-3000
                Description: Project Conference Call dated 2/21/18 between
                Commonwealth LNG L.LC and FERC re the Commonwealth LNG
                Project under PF17-8.

| Record Item No. | Description |
|---|---|

37.    Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date Filed: 03/28/2018
Accession No: 20180328-3000
Description: Project Conference Call dated 3/21/18 between
Commonwealth LNG L.LC and FERC re the Commonwealth LNG
Project under PF17-8.

38.    Filed By: Louisiana Department of Wildlife and Fisheries STATE OF
LOUISIANA
Date Filed: 03/28/2018
Accession No: 20180328-5134
Description: Report of Louisiana Department of Wildlife and
Fisheries under PF17-8.

39.    Filed By: Commonwealth LNG, LLC
Date Filed: 03/29/2018
Accession No: 20180329-5224
Description: Commonwealth LNG, LLC submits its Monthly Status
Report No. 5 for the period of February, 2018 under PF17-8.

40.    Filed By: Choctaw Nation of Oklahoma
Date Filed: 03/29/2018
Accession No: 20180329-5283
Description: Comment of Choctaw Nation of Oklahoma under PF17
8.

41.    Filed By: Commonwealth LNG, LLC
Date Filed: 04/05/2018
Accession No: 20180405-5090
Description: Commonwealth LNG, LLC submits Consultation Letters
under PF17-8.

Record
Item No.        Description

42.        Filed By: Commonwealth LNG, LLC
           Date Filed: 04/13/2018
           Accession No: 20180413-5211
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 6 for the period of March, 2018 under PF17-8.

43.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 04/19/2018
           Accession No: 20180419-3055
           Description: Project Conference Call dated 4/04/18 between
           Commonwealth LNG L.LC and FERC re the Commonwealth LNG
           Project under PF17-8.

44.        Filed By: Commonwealth LNG, LLC
           Date Filed: 05/03/2018
           Accession No: 20180503-5062
           Description: Commonwealth LNG, LLC submits a response to
           comments received during the scoping period under PF17-8.

45.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 05/10/2018
           Accession No: 20180510-3001
           Description: Project Conference Call dated April 18, 2018 between
           FERC and Commonwealth LNG L.L.C. re Commonwealth LNG
           Project under PF17-8.

46.        Filed By: Commonwealth LNG, LLC
           Date Filed: 05/29/2018
           Accession No: 20180529-5123
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 7 for the period of April, 2018 under PF17-8.

Record
Item No.        Description

47.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 06/26/2018
           Accession No: 20180626-3000
           Description: Project Conference Call dated May 16, 2018 between
           FERC and Commonwealth LNG L.L.C. re Commonwealth LNG
           Project under PF17-8.

48.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 06/26/2018
           Accession No: 20180626-3001
           Description: Project Conference Call dated June 6, 2018 between
           FERC and Commonwealth LNG L.L.C., et al re Commonwealth LNG
           Project under PF17-8.

49.        Filed By: Commonwealth LNG, LLC
           Date Filed: 07/02/2018
           Accession No: 20180702-5150
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 8 for the period of May, 2018 under PF17-8.

50.        Issued By: ENERGY PROJECTS, OFFICE OF
           Date Filed: 07/31/2018
           Accession No: 20180731-3060
           Description: Geotechnical Exploration Scope of Work Conference
           Call between FERC and Commonwealth LNG et al re the
           Commonwealth LNG Project under PF17-8.

51.        Filed By: Commonwealth LNG, LLC
           Date Filed: 08/10/2018
           Accession No: 20180810-5154
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 9 June 2018 under PF17-8.

Record
Item No.          Description

52.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 08/29/2018
           Accession No: 20180829-3065
           Description: Pre-Filing Conference Call Internal Notes re
           Commonwealth LNG L.L.C.'s Commonwealth LNG Project dated
           August 1, 2018 under PF17-8.

53.        Filed By: Commonwealth LNG, LLC
           Date Filed: 09/06/2018
           Accession No: 20180906-5094
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 10 for the period of July 2018 under PF17-8.

54.        Filed By: Commonwealth LNG, LLC
           Date Filed: 10/02/2018
           Accession No: 20181002-5229
           Description: Commonwealth LNG, LLC, submits its Monthly Status
           Report No. 11 for the period of August 2018 under PF17-8.

55.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 10/23/2018
           Accession No: 20181023-3039
           Description: Pre-Filing Conference Call Internal Notes, Sept. 5, 2018
           for Commonwealth LNG, LLC's Commonwealth LNG Project under
           PF17-8.

56.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 10/23/2018
           Accession No: 20181023-3040
           Description: Pre - Filing Conference Call Internal Notes re
           Commonwealth LNG LLC's Commonwealth LNG Project under
           PF17-8.

| Record Item No. | Description |
|---|---|

57.    Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date Filed: 10/23/2018
Accession No: 20181023-3041
Description: Pre-Filing Conference Call Internal Notes dated 10/02/18 with S. Xiah Kragie et al. - Federal Energy Regulatory Commission re the Commonwealth LNG Project under PF17-8.

58.    Filed By: Commonwealth LNG, LLC
Date Filed: 10/25/2018
Accession No: 20181025-5173
Description: Commonwealth LNG, LLC submits its Monthly Status Report No. 12 for the period of September 2018 under PF17-8.

59.    Issued By: FEDERAL ENERGY REGULATORY COMMISSION
Date Filed: 11/07/2018
Accession No: 20181107-3012
Description: Project Conference Call dated 10/17/18 between FERC and Commonwealth LNG, L.L.C. re the Commonwealth LNG Project under PF17-8.

60.    Filed By: Commonwealth LNG, LLC
Date Filed: 11/13/2018
Accession No: 20181113-5284
Description: Commonwealth LNG, LLC submits revised Draft Resource Report 1 under PF17-8.

61.    Filed By: Commonwealth LNG, LLC
Date Filed: 11/13/2018
Accession No: 20181113-5285
Description: Commonwealth LNG, LLC submits revised Draft Resource Report 1 under PF17-8.

Record
Item No.        Description

62.        Filed By: Commonwealth LNG, LLC
           Date Filed: 11/20/2018    000
           Accession No: 20181120-5197
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 2 under PF17-8.

63.        Filed By: Commonwealth LNG, LLC
           Date Filed: 11/29/2018
           Accession No: 20181129-5237
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 4 under PF17-8.

64.        Filed By: Commonwealth LNG, LLC
           Date Filed: 11/29/2018
           Accession No: 20181129-5238
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 4 under PF17-8.

65.        Filed By: Commonwealth LNG, LLC
           Date Filed: 12/03/2018
           Accession No: 20181203-5252
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 8 under PF17-8.

66.        Filed By: Commonwealth LNG, LLC
           Date Filed: 12/04/2018
           Accession No: 20181204-5152
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 13 for the period of October 2018 under PF17-8.

67.        Issued By: ENERGY PROJECTS, OFFICE OF
           Date Filed: 12/10/2018
           Accession No: 20181210-3043
           Description: Project Conference call re Commonwealth LNG L.L.C.'s
           Commonwealth LNG Project dated on Nov. 21, 2018 under PF17-8.

| Record Item No. | Description |
|---|---|

68.      Filed By: Commonwealth LNG, LLC
Date Filed: 12/13/2018
Accession No: 20181213-5094
Description: Commonwealth LNG, LLC submits Draft Resource Report 7 under PF17-8.

69.      Filed By: Commonwealth LNG, LLC
Date Filed: 12/14/2018
Accession No: 20181214-5229
Description: Commonwealth LNG, LLC submit Draft Resource Report 6 under PF17-8.

70.      Filed By: Commonwealth LNG, LLC
Date Filed: 12/14/2018
Accession No: 20181214-5151
Description: Commonwealth LNG, LLC submit Draft Resource Report 12 under PF17-8.

71.      Issued By: ENERGY PROJECTS, OFFICE OF
Date Filed: 12/20/2018
Accession No: 20181220-3027
Description: Letter to Commonwealth LNG, LLC providing comments re the Draft Resource Report 1 for the Commonwealth LNG Project= under PF17-8.

72.      Filed By: Commonwealth LNG, LLC
Date Filed: 12/20/2018
Accession No: 20181220-5138
Description: Commonwealth LNG, LLC submits Draft Resource Report 13 under PF17-8.

73.      Filed By: Commonwealth LNG, LLC
Date Filed: 12/20/2018
Accession No: 20181220-5139
Description: Commonwealth LNG, LLC submits Draft Resource Report 13 under PF17-8.

Record
Item No.        Description

74.        Filed By: Commonwealth LNG, LLC
           Date Filed: 12/20/2018
           Accession No: 20181220-5140
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 13 under PF17-8.

75.        Filed By: Commonwealth LNG, LLC
           Date Filed: 12/26/2018
           Accession No: 20181226-5174
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 14 for the period of November 2018 under PF17-8.

76.        Filed By: Commonwealth LNG, LLC
           Date Filed: 12/31/2018
           Accession No: 20181231-5246
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 3 under PF17-8.

77.        Filed By: Commonwealth LNG, LLC
           Date Filed: 01/07/2019
           Accession No: 20190107-5147
           Description: Commonwealth LNG, LLC submits a supplement to its
           Draft Resource Report 13 under PF17-8.

78.        Filed By: Commonwealth LNG, LLC
           Date Filed: 01/07/2019
           Accession No: 20190107-5148
           Description: Commonwealth LNG, LLC submits a supplement to its
           Draft Resource Report 13 under PF17-8.

79.        Issued By: ENERGY PROJECTS, OFFICE OF
           Date Filed: 01/10/2019
           Accession No: 20190110-3007
           Description: Project Conference Call re Commonwealth LNG L.L.C's
           Commonwealth LNG Project dated 12/19/2018 under PF17-8.

Record
Item No.          Description

80.          Issued By: ENERGY PROJECTS, OFFICE OF
             Date Filed: 01/10/2019
             Accession No: 20190110-3003
             Description: Pre-Filing Conference Call Internal Notes r
             Commonwealth LNG L.L.C's Commonwealth LNG Project dated
             12/12/2018 under PF17-8.

81.          Filed By: Individual No Affiliation
             Date Filed: 01/16/2019
             Accession No: 20190116-5089
             Description: Comment of Kenneth Teague under PF17-8.

82.          Filed By: Commonwealth LNG, LLC
             Date Filed: 02/07/2019
             Accession No: 20190207-5230
             Description: Commonwealth LNG, LLC submits its Monthly Status
             Report No. 15 for the period of December 2018 under PF17-8.

83.          Issued By: ENERGY PROJECTS, OFFICE OF
             Date Filed: 02/15/2019
             Accession No: 20190215-3044
             Description: Letter to Orrick, Herrington & Sutcliffe LLP re
             Comments on Commonwealth LNG, LLC's Draft Resource Reports 2,
             3, 4, 6, 7, and 8 for the Commonwealth LNG Project under PF17-8.

84.          Filed By: Commonwealth LNG, LLC
             Date Filed: 02/19/2019
             Accession No: 20190219-5068
             Description: Commonwealth LNG, LLC submits Draft Resource
             Report 11 under PF17-8.

85.          Issued By: ENERGY PROJECTS, OFFICE OF
             Date Filed: 02/19/2019
             Accession No: 20190219-3038
             Description: Project Conference call re Commonwealth LNG L.L.C.'s
             Commonwealth LNG Project dated Jan. 9, 2019 under PF17-8.

Record
Item No.        Description

86.        Issued By: ENERGY PROJECTS, OFFICE OF
           Date Filed: 02/19/2019
           Accession No: 20190219-3041
           Description: Pre-Filing Conference call internal notes re
           Commonwealth LNG L.L.C.'s Commonwealth LNG Project dated
           Jan. 23, 2019 under PF17-8.

87.        Filed By: Commonwealth LNG, LLC
           Date Filed: 02/25/2019
           Accession No: 20190225-5140
           Description: Commonwealth LNG, LLC hereby submits a supplement
           to its Draft Resource Report 13 under PF17-8.

88.        Filed By: Commonwealth LNG, LLC
           Date Filed: 02/25/2019
           Accession No: 20190225-5139
           Description: Commonwealth LNG, LLC hereby submits a supplement
           to its Draft Resource Report 13 under PF17-8.

89.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
           Date Filed: 02/26/2019
           Accession No: 20190226-3056
           Description: Project Conference Call dated 2/22/2019 re
           Commonwealth LNG LLC's Commonwealth LNG Project under
           PF17-8.

90.        Filed By: Commonwealth LNG, LLC
           Date Filed: 02/26/2019
           Accession No: 20190226-5164
           Date Filed: Commonwealth LNG, LLC, submits its Monthly Status
           Report No. 16 for the period of January 2019 under PF17-8.

Record
Item No.          Description

91.          Filed By: Commonwealth LNG, LLC
             Date Filed: 03/25/2019
             Accession No: 20190325-5182
             Description: Commonwealth LNG, LLC submits its Draft Resource
             Report 5 under PF17-8.

92.          Issued By: FEDERAL ENERGY REGULATORY COMMISSION
             Date Filed: 04/01/2019
             Accession No: 20190401-3006
             Description: Project Conference Call dated March 13, 2019 between
             FERC and Commonwealth LNG, L.L.C. re the Commonwealth LNG
             Project under PF17-8.

93.          Filed By: Commonwealth LNG, LLC
             Date Filed: 04/03/2019
             Accession No: 20190403-5036
             Description: Commonwealth LNG, LLC submits its Draft Resource
             Report 9 under PF17-8.

94.          Filed By: Commonwealth LNG, LLC
             Date Filed: 04/11/2019
             Accession No: 20190411-5169
             Description: Commonwealth LNG, LLC submits its Monthly Status
             Report No. 17 for the period of February 2019 under PF17-8.

95.          Issued By: FEDERAL ENERGY REGULATORY COMMISSION
             Date Filed: 04/23/2019
             Accession No: 20190423-3081
             Description: Project Conference Call dated 4/3/2019 re
             Commonwealth LNG L.L.C. s Commonwealth LNG Project under
             PF17-8.

Record
Item No.        Description

96.        Filed By: Commonwealth LNG, LLC
           Date Filed: 04/30/2019
           Accession No: 20190430-5455
           Description: Commonwealth LNG, LLC submits revised Draft
           Resource Report 1 under PF17-8.

97.        Filed By: Commonwealth LNG, LLC
           Date Filed: 04/30/2019
           Accession No: 20190430-5456
           Description: Commonwealth LNG, LLC submits revised Draft
           Resource Report 1 under PF17-8.

98.        Filed By: Commonwealth LNG, LLC
           Date Filed: 05/01/2019
           Accession No: 20190501-5374
           Description: Commonwealth LNG, LLC submits Draft Resource
           Report 10 under PF17-8.

99.        Filed By: Commonwealth LNG, LLC
           Date Filed: 05/02/2019
           Accession No: 20190502-5078
           Description: Commonwealth LNG, LLC submits its response to
           comments filed by Kenneth G. Teague on January 16, 2019 under
           PF17-8.

100.       Filed By: Commonwealth LNG, LLC
           Date Filed: 05/03/2019
           Accession No: 20190503-5126
           Description: Commonwealth LNG, LLC submits its Monthly Status
           Report No. 18 for the period of March 2019 under PF17-8.

101.       Filed By: Commonwealth LNG, LLC
           Date Filed: 05/14/2019
           Accession No: 20190514-5143
           Description: Commonwealth LNG, LLC, submits revised Draft
           Resource Report 2 under PF17-8.

Record
Item No.        Description

102.        Filed By: Commonwealth LNG, LLC
            Date Filed: 05/17/2019
            Accession No: 20190517-5216
            Description: Commonwealth LNG, LLC submits revised Draft
            Resource Report 3 under PF17-8.

103.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 05/30/2019
            Accession No: 20190530-3027
            Description: Letter to Commonwealth LNG, LLC providing
            Comments on the Draft Resource Report 11 and 13 for the
            Commonwealth LNG Project under PF17-8.

104.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 05/31/2019
            Accession No: 20190531-3021
            Description: Project Conference Call dated 05/01/2019 between
            FERC, Commonwealth LNG, U.S. Department of Energy, and NOAA
            Fisheries re Commonwealth LNG L.L.C's Commonwealth LNG
            Project under PF17-8.

105.        Filed By: Commonwealth LNG, LLC
            Date Filed: 06/05/2019
            Accession No: 20190605-5068
            Description: Commonwealth LNG, LLC submits its Monthly Status
            Report No. 19 for the period of April 2019 under PF17-8.

106.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 06/06/2019
            Accession No: 20190606-3016
            Description: Project Update for the Commonwealth LNG Project
            under PF17-8.

Record
Item No.        Description

107.        Filed By: Commonwealth LNG, LLC
            Date Filed: 06/20/2019
            Accession No: 20190620-5081
            Description: Commonwealth LNG, LLC submits revised Draft
            Resource Report 9 under PF17-8.

108.        Filed By: Environmental Protection Agency Region 6
            Date Filed: 06/26/2019
            Accession No: 20190626-5190
            Description: Environmental Protection Agency Region 6 accept
            invitation to become a cooperating agency under PF17-8.

109.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 07/09/2019
            Accession No: 20190709-3001
            Description: Record of Project Conference Call between Commission
            Staff and Commonwealth LNG L.L.C. et al re the Commonwealth
            LNG Project under PF17-8. Served to the parties on June 5, 2019.

110.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 07/09/2019
            Accession No: 20190709-3002
            Record of Project Conference Call between Commission Staff and
            Commonwealth LNG L.L.C. re the Commonwealth LNG Project
            under PF17-8. Served to the parties on May 15, 2019.

111.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/17/2019
            Accession No: 20190717-5110
            Description: Commonwealth LNG, LLC submits its Monthly Status
            Report No. 20 for the period of May 2019 under PF17-8.

Record
Item No.          Description

112.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 07/25/2019
            Accession No: 20190725-3062
            Description: Record of Project Conference Call between Commission
            staff and Commonwealth LNG L.L.C. re the Commonwealth LNG
            Project under PF17-8.

113.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 07/26/2019
            Accession No: 20190726-3010
            Description: Record of 7/24/2019 project conference call between
            FERC and Commonwealth LNG regarding the Commonwealth LNG
            Project, dated July 24, 2019 under PF17-8.

114.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 07/29/2019
            Accession No: 20190729-3009
            Description: Letter to Commonwealth LNG, LLC providing
            comments on the revised draft resource reports 1, 2, 3, 5, 9, and 10 for
            the Commonwealth LNG Project under PF17-8.

115.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/08/2019
            Accession No: 20190808-5138
            Description: Commonwealth LNG, LLC submits its Monthly Status
            Report No. 21 for the period of June 2019 under PF17-8.

116.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 08/14/2019
            Accession No: 20190814-3012
            Description: Record of Project Conference Call between FERC Staff,
            Commonwealth LNG L.L.C., et al re the Commonwealth LNG
            Project under PF17-8.

Record
Item No.        Description


117.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/20/2019
            Accession No: 20190820-5125
            Description: Commonwealth LNG, LLC Application for
            Authorization under Section 3 of the Natural Gas Act under CP19
            502.

118.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/20/2019
            Accession No: 20190820-5126
            Description: Commonwealth LNG, LLC Application for
            Authorization under Section 3 of the Natural Gas Act under CP19
            502.

119.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/20/2019
            Accession No: 20190820-5127
            Description: Commonwealth LNG, LLC Application for
            Authorization under Section 3 of the Natural Gas Act under CP19
            502.

120.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 09/03/2019
            Accession No: 20190903-3033
            Description: Notice of Commonwealth LNG, LLC's 04/20/19 filing of
            an application to construct and operate a natural gas liquefaction and
            export facility etc. for the Commonwealth LNG Project under CP19
            502 et al.

121.        Filed By: U.S. Fish and Wildlife Service - Louisiana ES
            Date Filed: 09/10/2019
            Accession No: 20190910-5117
            Description: Report / Form of U.S. Fish and Wildlife Service -
            Louisiana ES under CP19-502. Sect 7 ESA.

Record
Item No.        Description

122.        Filed By: NOAA Fisheries Service, Southeast Region
            Date Filed: 09/24/2019
            Accession No: 20190924-5093
            Description: Response to Data Request of NOAA Fisheries Service,
            Southeast Region under CP19-502.

123.        Filed By: Cameron LNG, LLC
            Date Filed: 09/24/2019
            Accession No: 20190924-5046
            Description: Motion to Intervene of Cameron LNG, LLC under CP19
            502.

124.        Filed By: Louisiana Department of Wildlife and Fisheries
            Date Filed:  09/26/2019
            Accession No: 20190926-5156
            Description: Letter of Louisiana Department of Wildlife and Fisheries
            under CP19-502.

125.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 10/02/2019
            Accession No: 20191002-3030
            Description: Letter requesting Commonwealth LNG, LLC to file
            environmental information within 20 days to assist in FERC's analysis
            of the application for the Commonwealth LNG Project under CP19
            502.

126.        Filed By: Choctaw Nation of Oklahoma
            Date Filed: 10/07/2019
            Accession No: 20191007-504
            Description: Comment of Choctaw Nation of Oklahoma under CP19
            502.

Record
Item No.        Description

127.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 10/10/2019
            Accession No: 20191010-3058
            Description: Memo dated 10/10/2019 forwarding Department of
            Defense response letter re Commonwealth LNG Project under CP19
            502.

128.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 10/10/2019
            Accession No: 20191010-3066
            Description: Memo dated 10/10/2019 forwarding U.S. Coast Guard's
            letter of recommendation etc. for the Commonwealth LNG Project
            under CP19-502.

129.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 10/15/2019
            Accession No: 20191015-3016
            Description: Notice of Schedule for Environmental Review of the
            Commonwealth LNG Project re Commonwealth LNG, LLC under
            CP19-502.

130.        Filed By: Commonwealth LNG, LLC
            Date Filed: 10/22/2019
            Accession No: 20191022-5165
            Description: Commonwealth LNG, LLC submits a response to the
            October 2, 2019, Environmental Information Request under CP19
            502.

131.        Filed By: Commonwealth LNG, LLC
            Date Filed: 10/22/2019
            Accession No: 20191022-5166
            Description: Commonwealth LNG, LLC submits a response to the
            October 2, 2019, Environmental Information Request under CP19
            502.

Record
Item No.        Description

132.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/07/2019
            Accession No: 20191107-5177
            Description: Commonwealth LNG, LLC submits a supplement to its
            application filed on August 20, 2019 under CP19-502-000.
            "Erroneously Filed"

133.        Filed By: U.S. DEPARTMENT OF HOMELAND SECURIT
            Date Filed: 11/07/2019
            Accession No: 20191107-0009
            Description: U.S Department of Homeland Security submits
            comments re the notice review/ environmental consultation under
            CP19-502.

134.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/12/2019
            Accession No: 20191112-5249
            Description: Commonwealth LNG, LLC submits a supplement to its
            application filed on August 20, 2019 under CP19-502.

135.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/12/2019
            Accession No: 20191112-5250
            Commonwealth LNG, LLC submits a supplement to its application
            filed on August 20, 2019 under CP19-502.

136.        Filed By: Individual No Affiliation
            Date Filed: 11/13/2019
            Accession No: 20191113-5079
            Description: Comment of January Murray in Docket(s)/Project(s)
            CP19-502-000 Submission Date: 11/13/2019

Record
Item No.        Description

137.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 11/22/2019
            Accession No: 20191122-3045
            Description: Letter requesting Orrick, Herrington and Sutcliffe LLP to
            file a response to environmental information request within 20 days to
            assist in FERC's analysis of the application for the Commonwealth
            LNG Project under CP19-502.

138.        Filed By: National Audubon Society
            Date Filed: 12/03/2019
            Accession No: 20191203-5011
            Description: Comment of National Audubon Society under CP19-502,
            ET AL.

139.        Filed By: Commonwealth LNG, LLC
            Date Filed: 12/12/2019
            Accession No: 20191212-5211
            Description: Commonwealth LNG, LLC submits its response to the
            November 22, 2019, Environmental Information Request under CP19
            502.

140.        Filed By: Commonwealth LNG, LLC
            Date Filed: 12/12/2019
            Accession No: 20191212-5212
            Description: Commonwealth LNG, LLC submits its response to the
            November 22, 2019, Environmental Information Request under CP19
            502.

141.        Filed By: Individual No Affiliation
            Date Filed: 12/13/2019
            Accession No: 20191213-5080
            Description: Comment of John Allaire in Docket(s)/Project(s) CP19
            502-000 Submission Date: 12/13/2019

Record
Item No.          Description


142.          Issued By: ENERGY PROJECTS, OFFICE OF
              Date Filed: 01/02/2020
              Accession No: 20200102-3001
              Description: Letter requesting Commonwealth LNG, LLC to file a
              response to engineering information request within 30 days to assist in
              FERC's analysis of its application for the Commonwealth LNG
              Project under CP19-502.

143.          Issued By: ENERGY PROJECTS, OFFICE OF
              Date Filed: 01/02/2020
              Accession No: 20200102-3002
              Description: Letter requesting Commonwealth LNG, LLC to file a
              response to engineering information request within 30 days to assist in
              FERC's analysis of its application for the Commonwealth LNG
              Project under CP19-502.

144.          Filed By: Commonwealth LNG, LLC
              Date Filed: 01/14/2020
              Accession No: 20200114-5188
              Description: Commonwealth LNG, LLC submits updated
              Correspondence Log, updated Table 1.10-1, and its Traffic Impact
              Study and Traffic Management Plan under CP19-502.

145.          Filed By: Commonwealth LNG, LLC
              Date Filed: 01/30/2020
              Accession No: 20200130-5164
              Description: Commonwealth LNG, LLC submits its response to
              Audubon Society Comment under CP19-502.

146.          Filed By: Commonwealth LNG, LLC
              Date Filed: 02/04/2020
              Accession No: 20200204-5176
              Description: Commonwealth LNG, LLC submits its responses to the
              Commission's January 2, 2020 EIR under CP19-502.

Record
Item No.        Description

147.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/04/2020
            Accession No: 20200204-5177
            Description: Commonwealth LNG, LLC submits its responses to the
            Commission's January 2, 2020 EIR under CP19-502.

148.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/04/2020
            Accession No: 20200204-5178
            Description: Commonwealth LNG, LLC submits its responses to the
            Commission's January 2, 2020 EIR under CP19-502.

149.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 02/11/2020
            Accession No: 20200211-3031
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC analysis of the application for the Commonwealth LNG
            Project under CP19-502.

150.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/25/2020
            Accession No: 20200225-5181
            Description: Commonwealth LNG, LLC hereby submits its responses
            to the February 11 Environmental Information Request under CP19
            502.

151.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/04/2020
            Accession No: 20200304-5290
            Description: Commonwealth LNG, LLC submits a supplement to its
            February 4, 2020 responses to the January 2 EIR under CP19-502.

Record
Item No.        Description

152.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/04/2020
            Accession No: 20200304-5291
            Description: Commonwealth LNG, LLC submits a supplement to its
            February 4, 2020 responses to the January 2 EIR under CP19-502.

153.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/04/2020
            Accession No: 20200304-5292
            Description: Commonwealth LNG, LLC submits a supplement to its
            February 4, 2020 responses to the January 2 EIR under CP19-502.

154.        Filed By: Venture Global Calcasieu Pass, LLC
            Date Filed: 03/05/2020
            Accession No: 20200305-5077
            Description: Motion to Intervene Out-of-Time of Venture Global
            Calcasieu Pass, LLC under CP19-502.

155.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/11/2020
            Accession No: 20200311-5107
            Description: Commonwealth LNG, LLC submits Supplemental
            Information under CP19-502.

156.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 03/16/2020
            Accession No: 20200316-3016
            Description: Notice Suspending Environmental Review Schedule re
            Commonwealth LNG, LLC under CP19-502.

157.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/20/2020
            Accession No: 20200320-5282
            Description: Commonwealth LNG, LLC submits its Answer in
            Opposition to the Motion for Leave to Intervene Out-of-Time filed by
            Venture Global Calcasieu Pass, LLC under CP19-502.

Record
Item No.        Description

158.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/20/2020
            Accession No: 20200320-5283
            Description: Commonwealth LNG, LLC submits its Answer in
            Opposition to the Motion for Leave to Intervene Out-of-Time filed by
            Venture Global Calcasieu Pass, LLC under CP19-502.

159.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/27/2020
            Accession No: 20200327-5279
            Description: Commonwealth LNG, LLC submits its Environmental
            Noise Assessment report for the Project under CP19-502.

160.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 05/08/2020
            Accession No: 20200508-3045
            Description: Notice Granting Late Intervention re Commonwealth
            LNG, LLC under CP19-502.

161.        Filed By: Individual No Affiliation
            Date Filed: 05/20/2020
            Accession No: 20200520-5135
            Description: Comment of John C Allaire in Docket(s)/Project(s)
            CP19-502-000 Submission Date: 5/20/2020

162.        Filed By: Commonwealth LNG, LLC
            Date Filed: 06/04/2020
            Accession No: 20200604-5125
            Description: Commonwealth LNG, LLC submits Project
            correspondence under CP19-502.

33

| Record<br>Item No. | Description |
|---|---|

163.    Issued By: ENERGY PROJECTS, OFFICE OF
        Date Filed: 06/05/2020
        Accession No: 20200605-3016
        Description: Letter requesting Commonwealth LNG, LLC to file a
        response to engineering information request within 30 days to assist in
        FERC's analysis of its application for the Commonwealth LNG
        Project under CP19-502.

164.    Issued By: ENERGY PROJECTS, OFFICE OF
        Date Filed: 06/05/2020
        Accession No: 20200605-3017
        Description: Letter requesting Commonwealth LNG, LLC to file a
        response to engineering information request within 30 days to assist in
        FERC's analysis of its application for the Commonwealth LNG
        Project under CP19-502.

165.    Filed By: National Audubon Society
        Date Filed: 06/05/2020
        Accession No: 20200605-5095
        Description: Comment of National Audubon Society under CP19-502.

166.    Filed By: Commonwealth LNG, LLC
        Date Filed: 06/30/2020
        Accession No: 20200630-5128
        Description: Commonwealth LNG, LLC submits its response to the
        Audubon Society's June 2020 Comment under CP19-502.

167.    Filed By: Commonwealth LNG, LLC
        Date Filed: 07/06/2020
        Accession No: 20200706-5080
        Description: Commonwealth LNG, LLC submits Supplemental
        Information under CP19-502.

Record
Item No.        Description

168.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/06/2020
            Accession No: 20200706-5146
            Description: Commonwealth LNG, LLC submits Responses to certain
            questions to the Engineering Information Request of June 5, 2020
            under CP19-502.

169.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/06/2020
            Accession No: 20200706-5147
            Description: Commonwealth LNG, LLC submits Responses to certain
            questions to the Engineering Information Request of June 5, 2020
            under CP19-502.

170.        Filed By: Individual No Affiliation
            Date Filed: 07/24/2020
            Accession No: 20200724-5022
            Description: Comment of John C Allaire re the Commonwealth LNG
            Project under CP19-502.

171.        Issued By: ENERGY PROJECTS, OFFICE OF
            Date Filed: 07/30/2020    000
            Accession No: 20200730-3017
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis for the application for the Commonwealth LNG
            Project under CP19-502.

172.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/14/2020
            Accession No: 20200814-5283
            Description: Commonwealth LNG, LLC submits Responses to July
            30, 2020 Environmental Information Request under CP19-502.

Record
Item No.          Description

173.         Filed By: Commonwealth LNG, LLC
             Date Filed: 08/24/2020
             Accession No: 20200824-5259
             Description: Commonwealth LNG, LLC submits supplemental
             information under CP19-502-000.

174.         Filed By: Commonwealth LNG, LLC
             Date Filed: 08/24/2020
             Accession No: 20200824-5260
             Description: Commonwealth LNG, LLC submits supplemental
             information under CP19-502-000.

175.         Filed By: Commonwealth LNG, LLC
             Date Filed: 12/18/2020
             Accession No: 20201218-5285
             Description: Commonwealth LNG, LLC submits supplemental
             information under CP19-502

176.         Filed By: Commonwealth LNG, LLC
             Date Filed: 12/18/2020
             Accession No: 20201218-5286
             Description: Commonwealth LNG, LLC submits supplemental
             information under CP19-502.

177.         Filed By: Commonwealth LNG, LLC
             Date Filed: 01/27/2021
             Accession No: 20210127-5153
             Description: Commonwealth LNG, LLC submits the Update
             regarding the tank design for the Commonwealth LNG Project under
             CP19-502.

| Record Item No. | Description |
|---|---|

178.    Issued By: ENERGY PROJECTS, OFFICE OF
        Date Filed: 03/04/2021
        Accession No: 20210304-3021
        Description: Letter requesting Commonwealth LNG, LLC to file a
        response to environmental information request within 15 days to assist
        in FERC's analysis of the application for the Commonwealth LNG
        Project under CP19-502.

179.    Filed By: Commonwealth LNG, LLC
        Date Filed: 03/19/2021
        Accession No: 20210319-5269
        Description: Commonwealth LNG, LLC submits its responses to the
        March 4 Environmental Information Request for the Commonwealth
        LNG Project under CP19-502.

180.    Issued By: ENERGY PROJECTS, OFFICE OF
        Date Filed: 05/04/2021
        Accession No: 20210504-3050
        Description: Letter to U.S. Fish and Wildlife discussing the request to
        initiate formal consultation for the Commonwealth Project under
        CP19-502

181.    Filed By: Commonwealth LNG, LLC
        Date Filed: 05/07/2021
        Accession No: 20210507-5152
        Description: Commonwealth LNG, LLC submits Notice of
        Substitution of Counsel under CP19-502.

182.    Filed By: Commonwealth LNG, LLC
        Date Filed: 06/04/2021
        Accession No: 20210604-5170
        Description: Commonwealth LNG, LLC Responses and Supplemental
        Responses to January 2, 2020; February 11, 2020; June 5, 2020; July
        30, 2020; and March 4, 2021 Data Requests under CP19-502.

| Record Item No. | Description |
| --- | --- |

183.    Filed By: Commonwealth LNG, LLC
Date Filed: 06/04/2021
Accession No: 20210604-5171
Description: Commonwealth LNG, LLC Responses and Supplemental Responses to January 2, 2020; February 11, 2020; June 5, 2020; July 30, 2020; and March 4, 2021 Data Requests under CP19-502.

184.    Filed By: Commonwealth LNG, LLC
Date Filed: 06/04/2021
Accession No: 20210604-5172
Description: Commonwealth LNG, LLC Responses and Supplemental Responses to January 2, 2020; February 11, 2020; June 5, 2020; July 30, 2020; and March 4, 2021 Data Requests under CP19-502.

185.    Filed By: U.S. Fish and Wildlife Service
Date Filed: 06/09/2021
Accession No: 20210609-5115
Description: U.S. Fish and Wildlife Service submits Notification Confirming the Initiation Package for the Commonwealth LNG Project is Complete under PF17-8.

186.    Filed By: NOAA Fisheries Service, Southeast Region
Date Filed: 06/25/2021
Accession No: 20210625-5078
Description: National Marine Fisheries Service Comments to FERC on LNG Revised Resource Reports and Revised EFH Assessment under CP19-502.

187.    Filed By: Commonwealth LNG, LLC
Date Filed: 06/29/2021
Accession No: 20210629-5230
Description: Commonwealth LNG, LLC submits copies of design spill package submission to the Pipeline and Hazardous Materials Safety Administration for the Commonwealth LNG Project under CP19-502.

38

| Record Item No. | Description |
|---|---|

188.    Filed By: Commonwealth LNG, LLC
Date Filed: 06/29/2021
Accession No: 20210629-5231
Description: Commonwealth LNG, LLC submits copies of design spill package submission to the Pipeline and Hazardous Materials Safety Administration for the Commonwealth LNG Project under CP19-502.

189.    Filed By: Commonwealth LNG, LLC
Date Filed: 06/29/2021
Accession No: 20210629-5232
Description: Commonwealth LNG, LLC submits copies of design spill package submission to the Pipeline and Hazardous Materials Safety Administration for the Commonwealth LNG Project under CP19-502.

190.    Filed By: Commonwealth LNG, LLC
Date Filed: 07/08/2021
Accession No: 20210708-5004
Description: Application of Commonwealth LNG, LLC for Limited Amendment to Natural Gas Act Section 3 Application to Modify LNG Storage Tank Design and Capacity under CP19-502

191.    Issued By: SECRETARY OF THE COMMISSION, FERC
Date Filed: 07/13/2021
Accession No: 20210713-3050
Description: Notice of Application for Amendment and Establishing Intervention Deadline re Commonwealth LNG, LLC under CP19-502.

192.    Filed By: Commonwealth LNG, LLC
Accession No: 07/14/2021
Accession No: 20210714-5122
Description: Commonwealth LNG, LLC submits Updated Reports in Response to Jan 2, 2020 Engineering Information Request and June 4, 2021 Supplemental Information for Commonwealth LNG Project under CP19-502.

39

Record
Item No.          Description

193.          Filed By: Commonwealth LNG, LLC
              Date Filed: 07/14/2021
              Accession No: 20210714-5123
              Description: Commonwealth LNG, LLC submits Updated Reports in
              Response to Jan 2, 2020 Engineering Information Request and June 4,
              2021 Supplemental Information for Commonwealth LNG Project
              under CP19-502.

194.          Issued By: ENERGY PROJECTS, OFFICE OF
              Date Filed: 07/16/2021
              Accession No: 20210716-3022
              Description: Letter requesting Commonwealth LNG, LLC to file a
              response to environmental information request within 20 days to assist
              in FERC's analysis of the application for Commonwealth LNG Project
              under CP21-502.

195.          Filed By: PUBLIC CITIZEN, INC
              Date Filed: 08/02/2021
              Accession No: 20210802-5074
              Description: (doc-less) Motion to Intervene of Public Citizen, Inc
              under CP19-502.

196.          Filed By: Sierra Club National Audubon Society Port Arthur
              Community Action Network, RESTORE, Turtle Island Restoration
              Network, Healthy Gulf,
              Date Filed: 08/03/2021
              Accession No: 20210803-5086
              Description: Motion to Intervene of Sierra Club, et. al. under CP19
              502.

197.          Filed By: Audubon Delta
              Date Filed: 08/03/2021
              Accession No: 20210803-5098
              Description: Protest of National Audubon Society under CP19-502.

Record
Item No.          Description

198.        Filed By: Healthy Gulf Port Arthur Community Action Network
            Sierra Club, RESTORE, Turtle Island Restoration Network,
            Date Filed: 08/03/2021
            Accession No: 20210803-5103
            Description: Protest of Sierra Club, et. al. under CP19-502.

199.        Filed By: INDIVIDUALINDIVIDUALS
            Date Filed: 08/04/2021
            Accession No: 20210804-0014
            Description: Comments of Deborah Jennison and 24 individuals under
            CP19-502

200.        Filed By: INDIVIDUAL
            Date Filed: 08/04/2021
            Accession No: 20210804-0015
            Description: Comments of Maureen Coughlin and 20 individuals
            under CP19-502

201.        Filed By: INDIVIDUALINDIVIDUALS
            Date Filed: 08/04/2021
            Accession No: 20210804-0016
            Description: Comments of Deb Rager and 24 individuals under CP19
            502

202.        Filed By: INDIVIDUALINDIVIDUALS
            Date Filed: 08/04/2021
            Accession No: 20210804-0017
            Description: Comments of Stephanie Poole and 24 individuals under
            CP19-502.

203.        Filed By: INDIVIDUALINDIVIDUALS
            Date Filed: 08/04/2021
            Accession No: 20210804-0018
            Description: Comments of Martha Burton and 24 individuals under
            CP19-502.

Record
Item No.    Description

204.    Filed By: INDIVIDUALINDIVIDUALS
Date Filed: 08/04/2021
Accession No: 20210804-0019
Description: Comments of Nancy Hale and 25 individuals under
CP19-502.

205.    Filed By: Commonwealth LNG, LLC
Date Filed: 08/05/2021
Accession No: 20210805-5094
Description: Commonwealth LNG, LLC submits Fugitive Dust
Control Plan in response to October 2, 2019 Environmental
Information Request for the Commonwealth LNG Project under
CP19-502.

206.    Filed By: Commonwealth LNG, LLC
Date Filed: 08/05/2021
Accession No: 20210805-5099
Description: Response to July 16, 2021 Environmental Information
Request of Commonwealth LNG, LLC for Commonwealth LNG
Project under CP19-502.

207.    Filed By: Commonwealth LNG, LLC
Date Filed: 08/05/2021
Accession No: 20210805-5092
Description: Commonwealth LNG, LLC submits Updated List of
Affected Landowners for Commonwealth LNG Project under CP19
502.

208.    Filed By: Commonwealth LNG, LLC
Date Filed: 08/05/2021
Accession No: 20210805-5093
Description: Commonwealth LNG, LLC submits Updated List of
Affected Landowners for Commonwealth LNG Project under CP19
502.

Record
Item No.          Description

209.          Issued By: OFFICE OF ENERGY PROJECTS
              Date Filed: 08/09/2021
              Accession No: 20210809-3009
              Description: Letter to U.S. Fish and Wildlife Service discussing the
              July 8, 2021 request to initiate formal consultation for the black rail of
              the Commonwealth LNG Project under CP19-502.

210.          Filed By: Individual No Affiliation
              Date Filed: 08/09/2021
              Accession No: 20210809-5029
              Description: Comments of John C Allare re Response of
              Commonwealth LNG to March 14, 2021 Environmental Information
              Request for Resource Report 9 on Air and Noise Impacts under CP19
              502.

211.          Filed By: Individual No Affiliation
              Date Filed: 08/09/2021
              Accession No: 20210809-5009
              Description: Comments of John C Allaire in Docket(s)/Project(s)
              CP19-502-000 Submission Date: 8/8/2021

212.          Filed By: Individual No Affiliation
              Date Filed: 08/12/2021
              Accession No: 20210812-5160
              Description: Comments of John C. Allaire on Commonwealth LNG's
              Application under CP19-502.

213.          Filed By: K&L Gates LLP
              Date Filed: 08/13/2021
              Accession No: 20210813-5098
              Description: K&L Gates LLP submits a request to update the official
              service lists under RP21-1001, et. al.

Record
Item No.          Description

214.          Filed By: Commonwealth LNG, LLC
              Date Filed: 08/16/2021
              Accession No: 20210816-5168
              Description: Response of Commonwealth LNG, LLC to FERC Staff's
              July 16, 2021 Environmental Information Request re: Resource
              Report 10 Alternatives under CP19-502.

215.          Filed By: Commonwealth LNG, LLC
              Date Filed: 08/17/2021
              Accession No: 20210817-5051
              Description: Responses of Commonwealth LNG, LLC to the FERC
              July 16, 2021 Environmental Information Request, and updated
              correspondence log for the Commonwealth Liquide Natural Gas
              Project under CP19-502.

216.          Filed By: Commonwealth LNG, LLC
              Date Filed: 08/18/2021
              Accession No: 20210818-5066
              Description: Commonwealth LNG, LLC submits Answer to
              Individuals comments and protests of the National Audubon Society,
              et al under CP19-502.

217.          Filed By: Individual No Affiliation
              Date Filed: 08/26/2021
              Accession No: 20210826-5115
              Description: Comments of Chris Toepfer under CP19-502.

218.          Filed By: Individual No Affiliation
              Date Filed: 08/26/2021
              Accession No: 20210826-5119
              Description: Comments of Katelyn Carrier under CP19-502.
              Submission Date: 8/26/2021

Record
Item No.        Description

219.        Filed By: Individual No Affiliation
            Date Filed: 08/27/2021
            Accession No: 20210827-5002
            Description: Comments of Willie Comardelle in Docket(s)/Project(s)
            CP19-502-001 Submission Date: 8/26/2021

220.        Filed By: Individual No Affiliation
            Date Filed: 08/27/2021
            Accession No: 20210827-5003
            Description: Comments of Scott Graves under CP19-502.

221.        Filed By: Individual No Affiliation
            Date Filed: 08/27/2021
            Accession No: 20210827-5013
            Description: Comments of Maplewood Industrial Services in
            Docket(s)/Project(s) CP19-502-001 Submission Date: 8/27/2021

222.        Filed By: Individual No Affiliation
            Date Filed: 09/07/2021
            Accession No: 20210907-5076
            Description: Comments of Chris Campbell under CP19-502.
            Submission Date: 9/7/2021

223.        Filed By: INDIVIDUAL
            Date Filed: 09/07/2021
            Accession No: 20210907-0010
            Description: Comments of Garrett Richard re the Commonwealth
            LNG under CP19-502.

224.        Filed By: INDIVIDUAL
            Date Filed: 09/07/2021
            Accession No: 20210907-0010
            Description: Comments of Garrett Richard re the Commonwealth
            LNG under CP19-502.

Record
Item No.          Description

225.        Filed By: CAMERON PARISH WATERWORKS DISTRICT 10
            (LA)
            Date Filed: 09/07/2021
            Accession No: 20210907-0011
            Description: Comments of Cameron Parish Waterworks District No.
            10 re the Commonwealth LNG Project under CP19-502

226.        Filed By: Commonwealth LNG, LLC
            Date Filed: 09/08/2021
            Accession No: 20210908-5030
            Description: Commonwealth LNG, LLC submits copies of its
            September 2, 2021 agency correspondence with the Pipeline and
            Hazardous Materials Safety Administration for the Cameron Parish
            Project under CP19-502.

227.        Filed By: Commonwealth LNG, LLC
            Date Filed: 09/08/2021
            Accession No: 20210908-5031
            Description: Commonwealth LNG, LLC submits copies of its
            September 2, 2021 agency correspondence with the Pipeline and
            Hazardous Materials Safety Administration for the Cameron Parish
            Project under CP19-502.

228.        Filed By: Individual No Affiliation
            Date Filed: 09/08/2021
            Accession No: 20210908-5128
            Description: Comments of Steven M. Marse in support of the
            Commonwealth LNG Project under CP19-502.

229.        Filed By: Individual No Affiliation
            Date Filed: 09/08/2021
            Accession No: 20210908-5020
            Description: Comments of Londa Zavodny under CP19-502.
            Submission Date: 9/8/2021

46

Record
Item No.        Description

230.       Filed By: Individual No Affiliation
           Date Filed: 09/09/2021
           Accession No: 20210909-5000
           Description: Comments of Chad E. Mudd in Docket(s)/Project(s)
           CP19-502-001 Submission Date: 9/8/2021

231.       Filed By: INDIVIDUAL
           Date Filed: 09/13/2021
           Accession No: 20210913-0006
           Description: Comments of Eddie Ash re the Commonwealth LNG
           Project under CP19-502.

232.       Filed By: INDIVIDUAL
           Date Filed: 09/13/2021
           Accession No: 20210913-0006
           DESCRIPTION: Comments of Eddie Ash re the Commonwealth
           LNG Project under CP19-502.

233.       Filed By: INDIVIDUAL
           Date Filed: 09/13/2021
           Accession No: 20210913-0007
           Description: Comments of Luila Stine Ash re the Commonwealth
           LNG Project under CP19-502.

234.       Filed By: INDIVIDUAL
           Date Filed: 09/13/2021
           Accession No: 20210913-0007
           Description: Comments of Luila Stine Ash re the Commonwealth
           LNG Project under CP19-502.

Record
Item No.        Description

235.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 09/15/2021
            Accession No: 20210915-3051
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP21-502.

236.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 09/15/2021
            Accession No: 20210915-3051
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP21-502.

237.        Filed By: INDIVIDUALFEDERAL ENERGY REGULATORY
            COMMISSION
            Date Filed: 09/20/2021
            Accession No: 20210920-0010
            Description: Comments of John W. Stima III et al under CP19-502.

238.        Filed By: INDIVIDUAL FEDERAL ENERGY REGULATORY
            COMMISSION
            Date Filed: 09/20/2021
            Accession No: 20210920-0010
            Description: Comments of John W. Stima III et al under CP19-502.

239.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 09/20/2021
            Accession No: 20210920-3055
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis of the application under CP19-502.

Record
Item No.        Description

240.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 09/20/2021
            Accession No: 20210920-3055
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis of the application under CP19-502.

241.        Filed By: U.S. Fish and Wildlife Service
            Date Filed: 09/20/2021
            Accession No: 20210920-5077
            Description: U.S. Fish and Wildlife Service submits biological
            opinion for Commonwealth Liquefied Natural Gas Project under
            PF17-8.

242.        Filed By: INDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0010
            Description: Comments of an individual under CP19-502.

243.        Filed By: INDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0010
            Description: Comments of an individual under CP19-502.

244.        Filed By: INDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0011
            Description: Comments of Beverly Branch under CP19-502.

245.        Filed By: INDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0011
            Description: Comments of Beverly Branch under CP19-502.

Record
Item No.        Description

246.        Filed By: INDIVIDUALSINDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0008
            Description: Comments of Antonio Pauteco and 26 individuals under
            CP19-502.

247.        Filed By: INDIVIDUALSINDIVIDUAL
            Date Filed: 09/21/2021
            Accession No: 20210921-0009
            Description: Comments of Fernando Cantu and 25 individuals under
            CP19-502.

248.        Filed By: INDIVIDUALINDIVIDUALS
            Date Filed: 09/21/2021
            Accession No: 20210921-0013
            Description: Comments of Londa Zavodny and 22 individuals under
            CP19-502.

249.        Filed By: INDIVIDUALCHAIR AND IMMEDIATE STAFF (FERC
            Date Filed: 09/23/2021
            Accession No: 20210923-0006
            Description: Comments of Mrs. Lark Boyette under CP19-502.

250.        Filed By: INDIVIDUAL
            Date Filed: 09/23/2021
            Accession No: 20210923-0007
            Description: Comments of Marshal D. Boyette under CP19-502.

251.        Issued By    SECRETARY OF THE COMMISSION, FERC
            Date Filed: 09/24/2021
            Accession No: 20210924-3013
            Description: Notice of Intent to Prepare an Environmental Impact
            Statement for the Proposed Commonwealth LNG Project, Request for
            Comments on Environmental Issues, and Revised Schedule for
            Environmental Review re Commonwealth LNG, LLC under CP19
            502.

Record
Item No.        Description

252.        Filed By: INDIVIDUALCHAIR AND IMMEDIATE STAFF (FERC
            Date Filed: 09/24/2021
            Accession No: 20210924-0006
            Description: Comments of Dorthey Marie Jackson under CP19-502.

253.        Filed By: INDIVIDUALCHAIR AND IMMEDIATE STAFF (FERC
            Date Filed: 09/24/2021
            Accession No: 20210924-0007
            Description: Comments of Arnold Jackson under CP19-502.

254.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0008
            Description: Comments of Janet C Buford re the Commonwealth
            LNG Project under CP19-502.

255.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0007
            Description: Comments of William P. Fey re the Commonwealth
            LNG Project under CP19-502.

256.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0009
            Description: Comments of Ralph D Buford re the Commonwealth
            LNG Project under CP19-502.

257.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0010
            Description: Comments of Judith C. Fey re the Commonwealth LNG
            Project under CP19-502.

Record
Item No.        Description

258.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0011
            Comments of Rebekaha LaVonne Cooley re the Commonwealth LNG
            Project under CP19-502.

259.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0013
            Description: Comments of individual re Commonwealth LNG Project
            under CP19-502.

260.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0015
            Comments of Laurie Stocks re Commonwealth LNG Project under
            CP19-502.

261.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0014
            Description: Comments of an individual re Commonwealth LNG
            Project under CP19-502.

262.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-0017
            Description: Comments of Stephanie C Gibbs re the Commonwealth
            LNG Project under CP19-502.

263.        Filed By: INDIVIDUAL
            Date Filed: 09/27/2021
            Accession No: 20210927-001
            Description: Comments of Dorothy C. Bennett re the Commonwealth
            LNG Project under CP19-502.

Record
Item No.        Description

264.        Filed By: Individual No Affiliation
            Date Filed: 09/29/2021
            Accession No: 20210929-5001
            Description: Comments of Ji Montgomery under CP19-502.
            Submission Date: 9/28/2021

265.        Filed By: Commonwealth LNG, LLC
            Date Filed: 09/30/2021
            Accession No: 20210930-5255
            Description: Commonwealth LNG, LLC submits response to the
            FERC September 15, 2021 Environmental Information Request under
            CP19-502.

266.        Filed By: Commonwealth LNG, LLC
            Date Filed: 09/30/2021
            Accession No: 20210930-5256
            Description: Commonwealth LNG, LLC submits response to the
            FERC September 15, 2021 Environmental Information Request under
            CP19-502.

267.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0008
            Description: Comments of George H Bennett, Jr. re the
            Commonwealth LNG Project under CP19-502.

268.        Filed By: INDIVIDUALCHAIR AND IMMEDIATE STAFF (FERC
            Date Filed: 10/01/2021
            Accession No: 20211001-0009
            Description: Comments of Julie Pierce re the Commonwealth LNG
            Project under CP19-502.

Record
Item No.        Description

269.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0012
            Description: Comments of Joseph M. Stinson re the Commonwealth\
            LNG Project under CP19-502.

270.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0006
            Description: Comments of individual re the Commonwealth LNG
            Project under CP19-502.

271.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0011
            Description: Comments of E Holt re Commonwealth LNG Project
            under CP19-502.

272.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0010
            Description: Comments of William B. B re the Commonwealth LNG
            Project under CP19-502.

273.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0015
            Description: Comments of Laura Bennett re the Commonwealth LNG
            Project under CP19-502.

274.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0014
            Description: Comments of Russell G Bennett JR re Commonwealth
            LNG Project under CP19-502.

Record
Item No.        Description

275.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0013
            Description: Comments of Adam M. Cagle re the Commonwealth
            LNG Project under CP19-502.

276.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0016
            Description: Comments of Rachael Cagle re the Commonwealth LNG
            Project under CP19-502.

277.        Filed By: INDIVIDUAL
            Date Filed: 10/01/2021
            Accession No: 20211001-0007
            Description: Comments of Sadie Brooks re the Commonwealth LNG
            Project under CP19-502.

278.        Filed By: Commonwealth LNG, LLC
            Date Filed: 10/05/2021
            Accession No: 20211005-5103
            Description: Commonwealth LNG, LLC submits Response to the
            Environmental Information Request Dated September 20, 2021 under
            CP19-502.

279.        Filed By: Individual No Affiliation
            Date Filed: 10/05/2021
            Accession No: 20211005-5070
            Description: Comments of Randall K. Foreman in
            Docket(s)/Project(s) CP19-502-000 Submission Date: 10/5/2021

Record
Item No.    Description

280.    Filed By: Commonwealth LNG, LLC
        Date Filed: 10/06/2021
        Accession No: 20211006-5080
        Description: Commonwealth LNG, LLC Submits Copies of October
        5th, 2021 Pipeline and Hazardous Materials Safety Administration
        Filing, and Acceptance of USFWS Biological Opinion under CP19
        502.

281.    Filed By: INDIVIDUAL
        Date Filed: 10/06/2021
        Accession No: 20211006-0006
        Description: Comments of Allan D. Cooley re the Commonwealth
        LNG Project under CP19-502.

282.    Filed By: Commonwealth LNG, LLC
        Date Filed: 10/06/2021
        Accession No: 20211006-5079
        Description: Commonwealth LNG, LLC Submits Copies of October
        5th, 2021 Pipeline and Hazardous Materials Safety Administration
        Filing, and Acceptance of USFWS Biological Opinion under CP19
        502.

283.    Filed By: Commonwealth LNG, LLC
        Date Filed: 10/06/2021
        Accession No: 20211006-5081
        Description: Commonwealth LNG, LLC Submits Copies of October
        5th, 2021 Pipeline and Hazardous Materials Safety Administration
        Filing, and Acceptance of USFWS Biological Opinion under CP19
        502.

284.    Filed By: INDIVIDUAL
        Date Filed:  10/12/2021
        Accession No: 20211012-0012
        Description: Comments of Daniel C. Gilbert re Commonwealth LNG
        under CP19-502.

Record
Item No.        Description

285.        Filed By: Individual No Affiliation
            Date Filed: 10/12/2021
            Accession No: 20211012-5074
            Description: Comments of John C Allaire in Docket(s)/Project(s)
            CP19-502-000 Submission Date: 10/9/2021

286.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 10/12/2021
            Accession No: 20211012-3013
            Description: Notice Granting Intervention re Commonwealth LNG,
            LLC under CP19-502.

287.        Filed By: INDIVIDUAL
            Date Filed: 10/14/2021
            Accession No: 20211014-0009
            Description: Comments of Joseph R. Haymark Jr. re the
            Commonwealth LNG under CP19-502.

288.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 10/18/2021
            Accession No: 20211018-3038
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 7 days to assist
            in FERC's analysis of the application under CP19-502.

289.        Filed By: RESTORE
            Date Filed: 10/18/2021
            Accession No: 20211018-5075
            Description: Comments of RESTORE on the Environmental Impact
            Statement under CP19-502.

Record
Item No.          Description

290.          Issued By: ENERGY PROJECTS OFFICE OF
              Date Filed: 10/19/2021
              Accession No: 20211019-3023
              Description: Letter requesting K and L Gates, LLP to file a response
              to engineering information request within 20 days re the analysis of
              the application for the Commonwealth LNG Project under CP19-502.

291.          Filed By: Individual No Affiliation
              Date Filed: 10/22/2021
              Accession No: 20211022-5029
              Description: Comments of Gayle Byrne under CP19-502. Submission
              Date: 10/22/2021

292.          Filed By: NOAA Fisheries Service, Southeast Region
              Date Filed: 10/22/2021
              Accession No: 20211022-5003
              Description: Comments of National Oceanic Atmospheric
              Administration National Marine Fisheries Service Southeast Region
              under CP19-502.

293.          Filed By: Commonwealth LNG, LLC
              Date Filed: 10/25/2021
              Accession No: 20211025-5106
              Description: Commonwealth LNG, LLC submits response to the
              October 18, 2021, Environmental Information Request for
              Commonwealth LNG Project under CP19-502.

294.          Filed By: Sierra Club
              Date Filed: 10/25/2021
              Accession No: 20211025-5112
              Description: Comments of Sierra Club et al. in Response to Notice of
              Scoping Comments on Environmental Issues under CP19-502.

Record
Item No.        Description

295.        Filed By: INDIVIDUAL
            Date Filed: 10/25/2021
            Accession No: 20211025-0018
            Description: Comments of Sarah Cooling re the Commonwealth LNG
            Project under CP19-502.

296.        Filed By: INDIVIDUAL
            Date Filed: 10/25/2021
            Accession No: 20211025-0014
            Comments of Anne Bullard re the Commonwealth LNG Project under
            CP19-502.

297.        Filed By: Choctaw Nation of Oklahoma
            Date Filed: 10/25/2021
            Accession No: 20211025-5108
            Description: The Choctaw Nation Historic Preservation Department
            submits a request for the Environmental Impact Statement for the
            Commonwealth LNG Project under CP19-502.

298.        Filed By: Individual No Affiliation
            Date Filed: 10/25/2021
            Accession No: 20211025-5071
            Description: Comments of John Allaire under CP19-502.

299.        Filed By: Turtle Island Restoration Network
            Date Filed: 10/25/2021
            Accession No: 20211025-5131
            Description: Turtle Island Restoration Network submits Comments
            under CP19-502.

300.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/08/2021
            Accession No: 20211108-5102
            Description: Commonwealth LNG, LLC submits Response to FERC
            Staff's October 19, 2021 Engineering Information Request under
            CP19-502.

Record
Item No.        Description

301.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/08/2021
            Accession No: 20211108-5103
            Description: Commonwealth LNG, LLC submits Response to FERC
            Staff's October 19, 2021 Engineering Information Request under
            CP19-502.

302.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/08/2021
            Accession No: 20211108-5104
            Commonwealth LNG, LLC submits Response to FERC Staff's
            October 19, 2021 Engineering Information Request under CP19-502.

303.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 11/10/2021
            Accession No: 20211110-3048
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 15 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP19-502.

304.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/12/2021
            Accession No: 20211112-5381
            Description: Commonwealth LNG, LLC submits response to the
            October 19, 2021 Engineering Information Request Question 6 under
            CP19-502.

305.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/12/2021
            Accession No: 20211112-5382
            Description: Commonwealth LNG, LLC submits response to the
            October 19, 2021 Engineering Information Request Question 6 under
            CP19-502.

Record
Item No.        Description

306.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/23/2021
            Accession No: 20211123-5192
            Description: Commonwealth LNG, LLC submits copies of the
            November 23rd, 2021 Pipeline and Hazardous Materials Safety
            Administration Filing under CP19-902.

307.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/23/2021
            Accession No: 20211123-5193
            Description: Commonwealth LNG, LLC submits copies of the
            November 23rd, 2021 Pipeline and Hazardous Materials Safety
            Administration Filing under CP19-902.

308.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/23/2021
            Accession No: 20211123-5194
            Description: Commonwealth LNG, LLC submits copies of the
            November 23rd, 2021 Pipeline and Hazardous Materials Safety
            Administration Filing under CP19-902.

309.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/24/2021
            Accession No: 20211124-5089
            Description: Commonwealth LNG, LLC submits response to the
            November 10, 2021, Environmental Information Request for
            Commonwealth LNG Project under CP19-502.

310.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/24/2021
            Accession No: 20211124-5090
            Description: Commonwealth LNG, LLC submits response to the
            November 10, 2021, Environmental Information Request for
            Commonwealth LNG Project under CP19-502.

Record
Item No.        Description

311.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 12/06/2021
            Accession No: 20211206-3040
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 10 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP19-502

312.        Filed By: Commonwealth LNG, LLC 1
            Date Filed: 2/06/2021
            Accession No: 20211206-5185
            Description: Commonwealth LNG, LLC submits response to
            November 10, 2021 Environmental Information Request, Question 4
            under CP19-502.

313.        Filed By: Commonwealth LNG, LLC
            Date Filed: 12/17/2021
            Accession No: 20211217-5015
            Description: Commonwealth LNG, LLC submits Response to the
            December 6, 2021, Environmental Information Request under CP19
            502.

314.        Filed By: Commonwealth LNG, LLC
            Date Filed: 12/17/2021
            Accession No: 20211217-5016
            Description: Commonwealth LNG, LLC submits Response to the
            December 6, 2021, Environmental Information Request under CP19
            502.

315.        Filed By: INDIVIDUAL
            Date Filed: 01/05/2022
            Accession No: 20220527-0019
            Description: Comments of Anne Monticello et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

Record
Item No.    Description

316.    Filed By: Commonwealth LNG, LLC
        Date Filed: 02/10/2022
        Accession No: 20220210-5163
        Description: Commonwealth LNG, LLC provides copy of Feb. 2,
        2022 response to Pipeline and Hazardous Materials Safety
        Administration, additional response to Nov. 10 2021 Environmental
        Information Request under CP19-502

317.    Filed By: Commonwealth LNG, LLC
        Date Filed: 02/10/2022
        Accession No: 20220210-5164
        Description: Commonwealth LNG, LLC provides copy of Feb. 2,
        2022 response to Pipeline and Hazardous Materials Safety
        Administration, additional response to Nov. 10 2021 Environmental
        Information Request under CP19-502

318.    Issued By: ENERGY PROJECTS OFFICE OF
        Date Filed: 02/16/2022
        Accession No: 20220216-3069
        Description: Letter requesting K and L Gates LP to file a response to
        engineering information request within 10 days to assist in FERC's
        analysis of the application for the Commonwealth LNG Project under
        CP19-502

319.    Issued By: OFFICE OF ENERGY PROJECTS
        Date Filed: 02/18/2022
        Accession No: 20220218-3038
        Description: Letter requesting Commonwealth LNG, LLC to file a
        response to environmental information request within 10 days to assist
        in FERC's analysis of the application for the Commonwealth LNG
        Project under CP19-502.

Record
Item No.       Description

320.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/24/2022
            Accession No: 20220224-5134
            Description: Commonwealth LNG, LLC submits Response to FERC's
            February 16, 2022 Engineering Information Request under CP19-502.

321.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/25/2022
            Accession No: 20220225-5258
            Description: Commonwealth LNG, LLC submits list of oversize files
            it shared with FERC Staff via Drop Box under CP19-502.

322.        Filed By: Individual No Affiliation
            Date Filed: 02/28/2022
            Accession No: 20220228-5228
            Description: Comments of Restore under CP19-502. Submission
            Date: 2/28/2022

323.        Filed By: Commonwealth LNG, LLC
            Date Filed: 02/28/2022
            Accession No: 20220228-5197
            Description: Commonwealth LNG, LLC submits response to FERC
            Staff's February 18, 2022 Environmental Information Request under
            CP19-502

324.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/03/2022
            Accession No: 20220303-5112
            Description: Commonwealth LNG, LLC submits February 24, 2022
            and March 2, 2022 correspondence with Pipeline and Hazardous
            Materials Safety Administration under CP19-502.

| Record Item No. | Description |
| --- | --- |

325.    Filed By: Commonwealth LNG, LLC
Date Filed: 03/03/2022
Accession No: 20220303-5111
Description: Commonwealth LNG, LLC submits February 24, 2022 and March 2, 2022 correspondence with Pipeline and Hazardous Materials Safety Administration under CP19-502.

326.    Filed By: Individual No Affiliation
Date Filed: 03/04/2022
Accession No: 20220304-5165
Description: Comments of John C Allaire with re Commonwealth LNG's Response to Environmental Information Request, Resource Report 2 – Water Use and Quality under CP19-502.

327.    Filed By: Individual No Affiliation
Date Filed: 03/10/2022
Accession No: 20220310-5165
Description: Comments of John C Allaire regarding Notice of Intent of Commonwealth Liquified Natural Gas proposed project under CP19-502

328.    Filed By: Individual No Affiliation
Date Filed: 03/10/2022
A;20220310-5104
Description: Comments of John Allaire re the Commonwealth LNG Project under CP19-502.

329.    Filed By: Commonwealth LNG, LLC
Date Filed: 03/17/2022
Accession No: 20220317-5049
Description: Commonwealth LNG, LLC submits Additional Information to September 8, 2022 filing re Response to Request for Information issued by the Pipeline and Hazardous Materials Safety Administration under CP19-502.

Record
Item No.        Description

330.        Filed By: Commonwealth LNG, LLC
            Date Filed: 03/17/2022
            Accession No: 20220317-5050
            Description: Commonwealth LNG, LLC submits Additional
            Information to September 8, 2022 filing re Response to Request for
            Information issued by the Pipeline and Hazardous Materials Safety
            Administration under CP19-502.

331.        Filed By: Individual No Affiliation
            Date Filed: 03/21/2022
            Accession No: 20220321-5151
            Description: Comments of John C Allaire on the Commonwealth
            LNG Project under CP19-502.

332.        Filed By: Individual No Affiliation
            Date Filed: 03/23/2022
            Accession No: 20220323-5060
            Description: Comments of John C Allaire re Resource Report 9 Air
            and Noise Levels Assessment under CP19-502.

333.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 03/31/2022
            Accession No: 20220331-3014
            Description: Draft Environmental Impact Statement for
            Commonwealth LNG, LLC's Commonwealth LNG Project under
            CP19-502.

334.        Issued By: ENERGY PROJECTS OFFICE OF
            Date Filed: 03/31/2022
            Accession No: 20220331-3014
            Description: Draft Environmental Impact Statement for
            Commonwealth LNG, LLC's Commonwealth LNG Project under
            CP19-502.

Record
Item No.    Description

335.    Issued By: SECRETARY OF THE COMMISSION, FERC
Date Filed: 03/31/2022
Accession No: 20220331-3036
Description: Notice of Availability of the Draft Environmental Impact
Statement for the Proposed Commonwealth LNG Project re
Commonwealth LNG, LLC under CP19-502.

336.    Issued By: SECRETARY OF THE COMMISSION, FERC
Date Filed: 03/31/2022
Accession No: 20220331-3036
Description: Notice of Availability of the Draft Environmental Impact
Statement for the Proposed Commonwealth LNG Project re
Commonwealth LNG, LLC under CP19-502.

337.    Issued By: ENERGY PROJECTS OFFICE OF
Date Filed: 03/31/2022
Accession No: 20220331-3034
Description: Letter to National Marine Fisheries Service discussing
the Essential Fish Habitat Assessment for the Commonwealth LNG
Project under CP19-502.

338.    Issued By: ENERGY PROJECTS OFFICE OF
Date Filed: 03/31/2022
Accession No: 20220331-3034
Description: Letter to National Marine Fisheries Service discussing
the Essential Fish Habitat Assessment for the Commonwealth LNG
Project under CP19-502.

339.    Filed By: Individual No Affiliation
Date Filed: 04/06/2022
Accession No: 20220406-5061
Description: Comment of Jeffery Reed in Docket(s)/Project(s) CP19-
502-000 Submission Date: 4/6/2022

Record
Item No.          Description

340.          Filed By: Individual No Affiliation
              Date Filed: 04/12/2022
              Accession No: 20220412-5240
              Description: Comments of John C. Allaire on the Commonwealth
              LNG Project under CP19-502.

341.          Filed By: Individual No Affiliation
              Date Filed: 04/12/2022
              Accession No: 20220412-5239
              Description: Comments of John Allaire under CP19-502.

342.          Filed By: Individual No Affiliation
              Date Filed: 04/12/2022
              Accession No: 20220412-5241
              Comments of John C. Allaire re Air Permit Application under CP19
              502.

343.          Filed By: Individual No Affiliation
              Date Filed: 04/12/2022
              Accession No: 20220412-5242
              Description: Comments of John C. Allaire re Objection to Approval}
              of Air Permit Application under CP19-502.

344.          Filed By: Individual No Affiliation
              Date Filed: 05/11/2022
              Accession No: 20220511-5089
              Description: Comments of John C Allaire on the Commonwealth
              LNG Project under CP19-502.

345.          Filed By: Department of the Interior - OEPC
              Date Filed: 05/12/2022
              Accession No: 20220512-5045
              Description: Comments of Department of the Interior - OEPC on the
              Draft Environmental Impact Statement for the Commonwealth LNG
              Project. under CP19-502.

Record
Item No.        Description

346.        Filed By: Individual No Affiliation
            Date Filed: 05/17/2022
            Accession No: 20220517-5047
            Description: Comments of John C. Allaire Defining Oyster Reef
            locations at Proposed CW Marine Berth under CP19-502.

347.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUA
            Date Filed: 05/19/2022
            Accession No: 20220524-0075
            Description: Comments of Judy Cacioppo et al under CP19-502.

348.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUA
            Date Filed: 05/19/2022
            Accession No: 20220524-0075
            Description: Comments of Judy Cacioppo et al under CP19-502.

349.        Filed By: Individual No Affiliation
            Date Filed: 05/19/2022
            Accession No: 20220519-5027
            Description: Comments of John C. Allaire on Flare Issues Proposed
            CWLNG Facility under CP19-502.

350.        Filed By: RESTORE
            Date Filed: 05/19/2022
            Accession No: 20220519-5031
            Description: Comments of RESTORE on Commonwealth LNG Draft
            Environmental Impact Statement under CP19-502.

351.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0008
            Description: Comments of William Tarbox re the application for a
            new terminal and pipeline in Cameron Parish, Louisiana under CP19
            502.

Record
Item No.    Description

352.    Filed By: INDIVIDUAL
        Date Filed: 05/23/2022
        Accession No: 20220523-0018
        Description: Comments of Rebecca Ditgen under CP19-502.

353.    Filed By: Commonwealth LNG, LLC
        Date Filed: 05/23/2022
        Accession No: 20220523-5182
        Description: Comments of Commonwealth LNG, LLC on March 31,
        2022 Draft Environmental Impact Statement under CP19-502.

354.    Filed By: INDIVIDUAL
        Date Filed: 05/23/2022
        Accession No: 20220523-0020
        Description: Comments of Melissa Nece under CP19-502.

355.    Filed By: INDIVIDUAL
        Date Filed: 05/23/2022
        Accession No: 20220523-0021
        Description: Comments of Mark Olinger under CP19-502.

356.    Filed By: INDIVIDUAL
        Date Filed: 05/23/2022
        Accession No: 20220523-0024
        Description: Comments of Dorothy Shelley under CP19-502.

357.    Filed By: Individual No Affiliation
        Date Filed: 05/23/2022
        Accession No: 20220523-5120
        Description: Comments of John C. Allaire re Noise Regulatory
        Statutes under CP19-502.

Record
Item No.        Description

358.        Filed By: EPA Region 6
            Date Filed: 05/23/2022
            Accession No: 20220523-5141
            Description: Comments of US Environmental Protection Agency
            Region 6 re Draft Environmental Impact Statement for the
            Commonwealth LNG Project under CP19-502.

359.        Filed By: National Audubon Society
            Date Filed: 05/23/2022
            Accession No: 20220523-5145
            Description: Comments of National Audubon Society under CP19
            502.

360.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUA
            Date Filed: 05/23/2022
            Accession No: 20220523-0032
            Description: Comments of Cybele Knowles et al under CP19-502.

361.        Filed By: Healthy Gulf
            Date Filed: 05/23/2022
            Accession No: 20220523-5175
            Description: Comments of Healthy Gulf under CP19-502.

362.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0007
            Description: Comments of Bettina Moser re the application for a new
            terminal and pipeline in Cameron Parish, Louisiana under CP19-502.

363.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0009
            Description: Comments of Connie Sweet under CP19-502.

Record
Item No.        Description

364.        Filed By: NDIVIDUAL
            Date Filed: 5/23/2022
            Accession No: 20220523-0010
            Description: Comments of Vivienne Handy under CP19-502.

365.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0010
            Description: Comments of Vivienne Handy under CP19-502.

366.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0012
            Description: Comments of Lisa Clark under CP19-502.

367.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0011
            Description: Comment of Stanton L. Davis under CP19-502.

368.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            20220523-0013
            Description: Comments of Marianna Amann under CP19-502.

369.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0014
            Description: Comments of Paula Morgan under CP19-502.

370.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0015
            Description: Comments of Juanita Baker under CP19-502.

Record
Item No.        Description

371.        Filed By: NOAA Fisheries Service, Southeast Region
            Date Filed: 05/23/2022
            Accession No: 20220523-5181
            Description: Comments of National Oceanic and Atmospheric
            Administration Fisheries Service, Southeast Region under CP19-502.

372.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0016
            Description: Comments of Julia Bright under CP19-502.

373.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0019
            Description: Comments of Howard Mielke under CP19-502.

374.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0019
            Description: Comments of Howard Mielke under CP19-502.

375.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0022
            Description: Comments of Adria Siraco under CP19-502.

376.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0017
            Description: Comments of Shawn Troxell under CP19-502.

377.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0023
            Description: Comments of Peter Jones under CP19-502.

Record
Item No.        Description

378.        Filed By: Individual No Affiliation
            Date Filed: 05/23/2022
            Accession No: 20220523-5041
            Description: Comment of John C Allaire on Ocean Dumping under
            CP19-502.

379.        Filed By: RESTORE
            Date Filed: 05/23/2022
            Accession No: 20220523-5035
            Comments of RESTORE on Commonwealth LNG Draft
            Environmental Impact Statement Light Dismissal under CP19-502.

380.        Filed By: CENTER FOR BIOLOGICAL DIVERSITY INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0034
            Description: Comments of Cybele Knowles et al under CP19-502.

381.        Filed By: RESTORE
            Date Filed: 05/23/2022
            Accession No: 20220523-5007
            Description: Comments of RESTORE on Commonwealth LNG Draft
            Environmental Impact Statement under CP19-502.

382.        Filed By: Individual No Affiliation
            Date Filed: 05/23/2022
            Accession No: 20220523-5010
            Description: Comments of John C Allaire on the Draft Environmental
            Impact Statement Dated March 31, 2022 under CP19-502.

383.        Filed By: RESTORE
            Date Filed: 05/23/2022
            Accession No: 20220523-5029
            Description: Comments of RESTORE on Commonwealth LNG Draft
            Environmental Impact Statement Light Pollution under CP19-502.

| Record Item No. | Description |
|---|---|

384.    Filed By: RESTORE
Date Filed: 05/23/2022
Accession No: 20220523-5164
Description: RESTORE submits a Diagram showing three migratory pulses per year by aquatic biota into Calcasieu ecosystem from Gulf and back out again under CP19-502.

385.    Filed By: Sierra Club Louisiana Bucket Brigade Turtle Island Restoration Network,
Date Filed: 05/23/2022
Accession No: 20220523-5151
Description: Comment of Sierra Club, et. al. re Commonwealth LNG Draft Environmental Impact Statement under CP19-502.

386.    Filed By: INDIVIDUAL
Date Filed: 05/23/2022
Accession No: 20220523-0006
Description: Comments of Cybele Knowles et al re Commonwealth LNG's application for a new terminal and pipeline in Cameron Parish, Louisiana under CP19-502.

387.    Filed By: CENTER FOR BIOLOGICAL DIVERSITY
Date Filed: 05/23/2022
Accession No: 20220523-0030
Description: Comments of Cybele Knowles et al under CP19-502.

388.    Filed By: NATURAL RESOURCES DEFENSE COUNCI
Date Filed: 05/23/2022
Accession No: 20220523-5172
Description: Motion to Intervene and Comments on the Draft Environmental Impact Statement of Natural Resources Defense Council under CP19-502.

Record
Item No.          Description

389.        Filed By: Sierra Club Louisiana Bucket Brigade Restore ,Turtle
            Island Restoration Network,
            Date Filed: 05/23/2022
            Accession No: 20220523-5173
            Description: Revised Comments of Sierra Club, et. al. re Draft
            Environmental Impact Statement under CP19-502.

390.        Filed By: CENTER FOR BIOLOGICAL DIVERSITY
            Date Filed: 05/23/2022
            Accession No: 20220523-0028
            Description: Comments of Cybele Knowles et al under CP19-502.

391.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUA
            Date Filed: 05/23/2022
            Accession No: 20220523-0031
            Description: Comments of Cybele Knowles et al under CP19-502.

392.        Filed By: CENTER FOR BIOLOGICAL DIVERSITY
            Date Filed: 05/23/2022
            Accession No: 20220523-0029
            Description: Comments of Cybele Knowles et al under CP19-502.

393.        Filed By: CENTER FOR BIOLOGICAL DIVERSITY
            Date Filed: 05/23/2022
            Accession No: 20220523-0035
            Description: Comments of Cybele Knowles et al under CP19-502.

394.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0027
            Description: Comments of Diane Goldberg et al under CP19-502.

395.        Filed By: CENTER FOR BIOLOGICAL DIVERSITY SECRETARY
            OF THE COMMISSION – FERC INDIVIDUAL,
            Date Filed: 05/23/2022
            Accession No: 20220523-0033
            Description: Comments of Cybele Knowles et al under CP19-502.

Record
Item No.        Description

396.        Filed By: INDIVIDUAL
            Date Filed: 05/23/2022
            Accession No: 20220523-0025
            Description: Comments of Cybele Knowles et al under CP19-502.

397.        Filed By: Individual No Affiliation
            Date Filed: 05/23/2022
            Accession No: 20220523-5039
            Description: Comments of John C Allaire re Project Purpose,
            Conclusions and Bias under CP19-502.

398.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0056
            Description: Comments of Steve Carothers et al under CP19-502.

399.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0051
            Description: Comments of M S Dillon III et al under CP19-502.

400.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0066
            Description: Comments of Alayna Eosze et al under CP19-502.

401.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0059
            Description: Comments of Paula Caraveoe et al under CP19-502.

402.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0063
            Description: Comments of Andrea Chisari et al under CP19-502.

Record
Item No.          Description


403.       Filed By: INDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220524-0065nhh
           Description: Comments of Lucia Bucklin et al under CP19-502.

404.       Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUA
           Date Filed: 05/24/2022
           Accession No: 20220524-0121
           Description: Comments of Susan Lefler et al under CP19-502.

405.       Filed By: INDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220524-0067
           Description: Comments of Nancy Telese et al under CP19-502.

406.       Filed By: INDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220524-0070
           Description: Comments of Mackenzie Wayne et al under CP19-502.

407.       Filed By: INDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220524-0062
           Description: Comments of Tony Delia et al under CP19-502.

408.       Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220523-0039
           Description: Comments of Cybele Knowles et al under CP19-502.

409.       Filed By: INDIVIDUAL
           Date Filed: 05/24/2022
           Accession No: 20220523-0040
           Description: Comments of Cybele Knowles et al under CP19-502.

Record
Item No.        Description

410.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0074
            Description: Comments of Neenah L. Riemer et al under CP19-502.

411.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0049
            Description: Comments of David Malcolm et al under CP19-502.

412.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0048
            Description: Comments of Keith Cutler et al under CP19-502.

413.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0052
            Description: Comments of C Lamb et al under CP19-502.

414.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            20220524-0053
            Description: Comments of Rebecca Bradley et al under CP19-502.

415.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0047
            Description: Comments of Keith Cutler et al under CP19-502.

416.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0046
            Comments of Phillip Willms et al under CP19-502.

Record
Item No.    Description

417.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-0060
        Comments of judy Friedman et al under CP19-502.

418.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-0042
        Description: Comments of Kolton Duwa et al under CP19-502.

419.    Filed By: INDIVIDUAL
        Accession No: 05/24/2022
        Accession No: 20220524-0043
        Description: Comments of Sandra Costa et al under CP19-502.

420.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-5201
        Description: Comments of John Allaire in response to the Draft EIS
        dated March 31, 2022 under CP19-502.

421.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-0064
        Description: Comments of Thomas Thompson et al under CP19-502.

422.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-0053
        Description: Comments of Rebecca Bradley et al under CP19-502.

423.    Filed By: INDIVIDUAL
        Date Filed: 05/24/2022
        Accession No: 20220524-0052
        Description: Comments of C Lamb et al under CP19-502.

Record
Item No.        Description

424.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0057
            Description: Comments of Kevin Bickers et al under CP19-502.

425.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0058
            Description: Comments of Lorraine Stehn et al under CP19-502.

426.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0061
            Description: Comments of Jean Fletcher et al under CP19-502.

427.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0051
            Description: Comments of M S Dillon III et al under CP19-502.

428.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220523-0040
            Description: Comments of Cybele Knowles et al under CP19-502.

429.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0042
            Description: Comments of Kolton Duwa et al under CP19-502.

430.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0044
            Description: Comments of Jennifer Fox et al under CP19-502.

Record
Item No.        Description


431.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0083
            Description: Comments of Frank Blake et al under CP19-502.

432.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220523-0039
            Comments of Cybele Knowles et al under CP19-502.

433.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0055
            Description: Comments of Adele England et al under CP19-502.

434.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0073
            Description: Comments of Lynn Kifer et al under CP19-502.

435.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0050
            Description: Comments of Jean Clelland-Morin et al under CP19-502.

436.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0054
            Description: Comments of Jennifer Andrade et al under CP19-502

437.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220523-0042
            Description: Comments of Cybele Knowles et al under CP19-502.

Record
Item No.        Description

438.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0033
            Description: Comments of Cybele Knowles et al under CP19-502.

439.        Filed By INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0045
            Description: Comments of Sonia Fargue et al under CP19-502.

440.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220523-0043
            Description: Comments of Cybele Knowles et al under CP19-502.

441.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0035
            Description: Comments of Pauline Burak et al under CP19-502.

442.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0079
            Description: Comments of Luis Vega et al under CP19-502.

443.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0039
            Description: Comments of Jennifer Koval et al under CP19-502.

444.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL|
            Date Filed: 05/24/2022
            Accession No: 20220524-0081
            DESCRIPTION: Comments of Leonora Xhrouet et al under CP19
            502.

Record
Item No.      Description

445.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0077
          Description: Comments of Henriette Heck under CP19-502.

446.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0034
          Description: Comments of Laura Staples et al under CP19-502.

447.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0036
          Description: Comments of Cybele Knowles et al under CP19-502.

448.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0037
          Description: Comments of Paula Bell et al under CP19-502.

449.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0038
          Description: Comments of Jennifer Leon et al under CP19-502.

450.      Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0041
          Description: Comments of Pam Gremillion et al under CP19-502.

451.      Filed By: INDIVIDUAL
          Date Filed: 05/24/2022
          Accession No: 20220524-0062
          Description: Comments of Tony Delia et al under CP19-502.

Record
Item No.      Description

452.     Filed By: INDIVIDUAL
         Date Filed: 05/24/2022
         Accession No: 20220524-0063
         Description: Comments of Andrea Chisari et al under CP19-502.

453.     Filed By: INDIVIDUAL
         Date Filed: 05/24/2022
         Accession No: 20220524-0067
         Description: Comments of Nancy Telese et al under CP19-502.

454.     Filed By: INDIVIDUAL
         Date Filed: 05/24/2022
         Accession No: 20220524-0065
         Description: Comments of Lucia Bucklin et al under CP19-502.

455.     Filed By: Individual No Affiliation
         Date Filed: 05/24/2022
         Accession No: 20220524-5014
         Description: Comments of John C Allaire under CP19-502.

456.     Filed By: Individual No Affiliation
         Date Filed: 05/24/2022
         Accession No: 20220524-5020
         Description: Comments of John C Allaire under CP19-502.

457.     Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
         Date Filed: 05/24/2022
         Accession No: 20220524-0040
         Description: Comments of Cybele Knowles et al under CP19-502.

458.     Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUA
         Date Filed: 05/24/2022
         Accession No: 20220524-0082
         Description: Comments of Danielle Dearing et al under CP19-502.

Record
Item No.          Description

459.          Filed By: INDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0043
              Description: Comments of Sandra Costa et al under CP19-502.

460.          Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0074
              Description: Comments of Neenah L. Riemer et al under CP19-502.

461.          Filed By: INDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0047
              Description: Comments of Keith Cutler et al under CP19-502.

462.          Filed By: IDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0048
              Description: Comments of Keith Cutler et al under CP19-502.

463.          Filed By: INDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0049
              Description: Comments of David Malcolm et al under CP19-502.

464.          Filed By: INDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0046
              Description: Comments of Phillip Willms et al under CP19-502.

465.          Filed By: INDIVIDUAL
              Date Filed: 05/24/2022
              Accession No: 20220524-0060
              Description: Comments of judy Friedman et al under CP19-502.

Record
Item No.        Description


466.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0080
            Description: Comments of Jo Anne Neaves et al under CP19-502.

467.        Filed By: INDIVIDUAL
            Date Filed: 05/24/2022
            Accession No: 20220524-0076
            Description: Comments of Jaimie Whitbread et al under CP19-502.

468.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/25/2022
            Accession No: 20220524-0071
            Description: Comments of Susan Preston et al under CP19-502.

469.        Filed By: Individual No Affiliation
            Date Filed: 05/25/2022
            Accession No: 20220525-5024
            Description: Comment of Dave F Butler in Docket(s)/Project(s)
            CP19-502-000, CP19-502-001 Submission Date: 5/25/2022

470.        Filed By: CENTER FOR BIOLOGICAL DIVERSITYINDIVIDUAL
            Date Filed: 05/25/2022
            Accession No: 20220524-0072
            Description: Comments of James Roberts et al under CP19-502.

471.        Filed By: Sierra Club Louisiana Bucket Brigade RESTORE, Turtle
            Island Restoration Network
            Date Filed: 05/25/2022
            Accession No: 20220525-5141
            Description: Comments of Sierra Club, et. al. re Attachments for Draft
            Environmental Impact Statement Filing from May 23, 2022 under
            CP19-502.

Record
Item No.        Description

472.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0008
            Description: Comments of Jo Rudolph et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

473.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0006
            Description: Comments of Sandra Woodall et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

474.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUAL
            Date Filed: 05/27/2022
            20220527-0009
            Description: Comments of Sue Roberts et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

475.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUA
            Date Filed: 05/27/2022
            Accession No: 20220527-0010
            Description: Comments of Saran K et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

476.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0012
            Description: Comments of Russel Deroche et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

477.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0011
            Description: Comments of Rajwantee Robinson et al re
            Commonwealth LNG's Draft Environmental Impact Statement under
            CP19-502.

Record
Item No.    Description

478.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0021
            Description: Comments of Rameet Singh et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

479.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0023
            Description: Comments of James Bryson et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

480.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0022
            Description: Comments of James Talbot et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

481.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUA
            Date Filed: 05/27/2022
            Accession No: 20220527-0007
            Description: Comments of Jean Saja et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

482.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0013
            Description: Comments of Jacoba Dolloff et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

483.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0015
            Description: Comments of Ruth Bowman et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

Record
Item No.          Description
    <u>Item No.</u>          <u>Description</u>

484.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0016
              Description: Comments of Rod Stokes et al re Commonwealth LNG's
              Draft Environmental Impact Statement under CP19-502.

485.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0027
              Description: Comments of Joseph Vander Pluym et al re
              Commonwealth LNG's Draft Environmental Impact Statement under
              CP19-502.

486.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0020
              Description: Comments of Elvira Ferrer et al re Commonwealth
              LNG's Draft Environmental Impact Statement under CP19-502.

487.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0029
              Description: Comments of Laurie Higby et al re Commonwealth
              LNG's Draft Environmental Impact Statement under CP19-502.

488.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0017
              Description: Comments of Jan McCreary et al re Commonwealth
              LNG's Draft Environmental Impact Statement under CP19-502.

489.          Filed By: INDIVIDUAL
              Date Filed: 05/27/2022
              Accession No: 20220527-0014
              Description: Comments of Marilyn Kolar et al re Commonwealth
              LNG's Draft Environmental Impact Statement under CP19-502.

Record
Item No.        Description

490.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0018
            Comments of Greg Sells et al re Commonwealth LNG's Draft
            Environmental Impact Statement under CP19-502.

491.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0025
            Description: Comments of Doug Fischer et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

492.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0028
            Description: Comments of A Martin et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

493.        Filed By: OFFICE OF THE SECRETARY – FERCINDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0026
            Description: Comments of Johny Armstrong et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

494.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Date Filed: 20220527-0024
            Description: Comments of Nancy Lopez et al re Commonwealth
            LNG's Draft Environmental Impact Statement under CP19-502.

495.        Filed By: INDIVIDUAL
            Date Filed: 05/27/2022
            Accession No: 20220527-0030
            Description: Comments of Neva Turer et al re Commonwealth LNG's
            Draft Environmental Impact Statement under CP19-502.

Record
Item No.          Description

496.          Issued By: ENERGY PROJECTS OFFICE OF
              Date Filed: 06/09/2022
              Accession No: 20220609-3067
              Description: Letter requesting Commonwealth LNG, LLC to file a
              response to environmental informational request within 15 days to
              assist in FERC's analysis of the application for the Commonwealth
              LNG Project under CP19-502.

497.          Filed By: Commonwealth LNG, LLC
              Date Filed: 06/24/2022
              Accession No: 20220624-5165
              Description: Commonwealth LNG, LLC submits revised
              GeoEngineers Report for the Draft Environmental Impact Statement
              under CP19-502.

498.          Filed By: Commonwealth LNG, LLC
              Date Filed: 06/24/2022
              Accession No: 20220624-5166
              Description: Commonwealth LNG, LLC submits revised
              GeoEngineers Report for the Draft Environmental Impact Statement
              under CP19-502.

499.          Filed By: Commonwealth LNG, LLC
              Date Filed: 06/24/2022
              Accession No: 20220624-5157
              Description: Commonwealth LNG, LLC submits Supplemental
              Information in Response to FERC June 9, 2022 Environmental
              Information Request for Commonwealth LNG Project under CP19
              502.

500.          Filed By: Commonwealth LNG, LLC
              Date Filed: 06/29/2022
              Accession No: 20220629-5132
              Description: Commonwealth LNG, LLC submits Agency
              Correspondence with Louisiana Office of State Lands for the
              Commonwealth LNG Project under CP19-502.

Record
Item No.        Description

501.        Filed By: Commonwealth LNG, LLC
            Date Filed: 06/29/2022
            Accession No: 20220629-5131
            Description: Commonwealth LNG, LLC submits Agency
            Correspondence with Louisiana Office of State Lands for the
            Commonwealth LNG Project under CP19-502.

502.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/07/2022
            Accession No: 20220707-5023
            Description: Commonwealth LNG, LLC submits Response to FERC's
            March 31, 2022 Draft Environmental Impact Statement Comments
            under CP19-502.

503.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/14/2022
            Accession No: 20220714-5047
            Description: Commonwealth LNG, LLC submits copies of its July 12,
            2022 supplement to its June 22, 2022 response to Pipeline and
            Hazardous Materials Safety Administration's June 8, 2022 request for
            information under CP19-502.

504.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/14/2022
            Accession No: 20220714-5048
            Description: Commonwealth LNG, LLC submits copies of its July 12,
            2022 supplement to its June 22, 2022 response to Pipeline and
            Hazardous Materials Safety Administration's June 8, 2022 request for
            information under CP19-502.

Record
Item No.        Description

505.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 07/14/2022
            Accession No: 20220714-3052
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 10 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP19-502.

506.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/19/2022    001
            Accession No: 20220719-5216
            Description: Commonwealth LNG, LLC submits response to July 14,
            2022 Environmental Information Request under CP19-502, et. al.

507.        Filed By: Commonwealth LNG, LLC
            Date Filed: 07/28/2022
            Accession No: 20220728-5187
            Description: Commonwealth LNG, LLC submits response to July 14,
            2022 Environmental Information Request for the Commonwealth
            LNG Project under CP19-502.

508.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 08/02/2022
            Accession No: 20220802-3044
            Description: Memo dated 08/02/2022 providing the U.S Department
            of Transportation's letter re the Determination and Analysis for the
            Commonwealth LNG Terminal Project under CP19-502.

509.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 08/02/2022
            Accession No: 20220802-3046
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 5 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP19-502.

Record
Item No.        Description

510.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/05/2022
            Accession No: 20220805-5051
            Description: Commonwealth LNG, LLC submits Supplemental
            Information in Response to FERC August 2, 2022 Environmental
            Information Request for Commonwealth LNG Project under CP19
            502.

511.        Filed By: Commonwealth LNG, LLC
            Date Filed: 08/08/2022
            Accession No: 20220808-5179
            Description: Commonwealth LNG, LLC submits Supplement to
            August 5, 2022 Response to FERC August 2, 2022 Environmental
            Information Request for Commonwealth LNG Project under CP19
            502.

512.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 08/11/2022
            Accession No: 20220811-3001
            Description: Memo dated 08/11/2022 providing the U.S Department
            of Transportation's 08/10/2022 email re Clarification statement –
            Siting Letter of Determination and Analysis for the Commonwealth
            LNG Terminal Project under CP19-502.

513.        Issued By: FEDERAL ENERGY REGULATORY COMMISSION
            Date Filed: 08/26/2022
            Accession No: 20220826-4001
            Description: Transcript of the 04/25/2022 virtual telephonic scoping
            meeting re the Commonwealth LNG Project under CP19-502.

514.        Issued By: SECRETARY OF THE COMMISSION, FERC
            Date Filed: 09/09/2022
            Accession No: 20220909-3026
            Description: Notice of Availability of The Final Environmental
            Impact Statement for The Proposed Commonwealth LNG Project re
            Commonwealth LNG, LLC under CP19-502.

Record
Item No.        Description

515.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 09/09/2022
            Accession No: 20220909-3017
            Description: Final Environmental Impact Statement for
            Commonwealth LNG, LLC for the Commonwealth LNG Project
            under CP19-502.

516.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 10/05/2022
            Accession No: 20221005-3033
            Description: Letter to National Marine Fisheries Service discussing
            Essential Fish Habitat Consultation for the Commonwealth LNG
            Project under CP19-502.

517.        Filed By: Louisiana Bucket Brigade
            Date Filed: 10/12/2022
            Accession No: 20221012-5091
            Description: Protest of Gas Export Terminals by the Louisiana Bucket
            Brigade under CP19-502, et al.

518.        Filed By: USEPA Region 6
            Date Filed: 10/14/2022
            Accession No: 20221014-5139
            Description: United States Environmental Protection Agency submits
            Comments re Commonwealth LNG Project Final Environmental
            Impact Statement, Cameron Parish, Louisiana under CP19-502.

519.        Filed By: NOAA Fisheries Service, Southeast Region
            Date Filed: 10/26/2022
            Accession No: 20221026-5159
            Description: Comments of National Oceanic and Atmospheric
            Administration Fisheries Service, Southeast Region under CP19-502.

Record
Item No.         Description

520.        Filed By: Commonwealth LNG, LLC
            Date Filed: 10/27/2022
            Accession No: 20221027-5159
            Description: Comments of Commonwealth LNG, LLC under CP19
            502.

521.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 10/28/2022
            Accession No: 20221028-3099
            Description: Letter requesting Commonwealth LNG, LLC to file a
            response to environmental information request within 10 days to assist
            in FERC's analysis of the application for the Commonwealth LNG
            Project under CP19-502.

522.        Issued By: OFFICE OF ENERGY PROJECTS
            Date Filed: 11/01/2022
            Accession No: 20221101-4002
            Description: Memo dated 11/01/2022 providing record of
            communication with the U.S. Army Corps of Engineers and FERC
            staff re Essential Fish Habitat consultation for the Commonwealth
            LNG Project under CP19-502.

523.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/04/2022
            Accession No: 20221104-5140
            Description: Commonwealth LNG, LLC submits response to FERC's
            October 28, 2022 Environmental Information Request 16 under CP19
            502.

524.        Filed By: Commonwealth LNG, LLC
            Date Filed: 11/08/2022
            Accession No: 20221108-5156
            Description: Commonwealth LNG, LLC submits Updated Agency
            Correspondence Log for the Commonwealth LNG Project under
            CP19-502.

Record
Item No.          Description


525.          Issued By: OFFICE OF ENERGY PROJECTS
              Date Filed: 11/10/2022
              Accession No: 20221110-4001
              Description: Memo dated 11/10/2022 providing record of
              communication with National Marine Fisheries Service re the
              Commonwealth LNG Project under CP19-502.

526.          Issued By: SECRETARY OF THE COMMISSION,
              FERC COMMISSIONERS AND IMMEDIATE STAFF (THE
              COMMISSION)
              Date Filed: 11/17/2022
              Accession No: 20221117-3091
              Description: Order Granting Authorization under Section 3 of the
              Natural Gas Act re Commonwealth LNG, LLC, CP19-502. Chairman
              Glick and Commissioners Clements and Phillips are concurring with
              separate statements attached. Commissioner Danly is concurring in
              part etc.

527.          Issued By: OFFICE OF ENERGY PROJECTS
              Date Filed: 1/22/2022
              Accession No: 20221122-3084
              Description: Letter to National Marine Fisheries Service discussing
              the Essential Fish Habitat Consultation for the Commonwealth LNG
              Project under CP19-502.

528.          Issued By: OFFICE OF ENERGY PROJECTS
              Date Filed: 12/01/2022
              Accession No: 20221201-4000
              Description: Memo dated 12/01/2022 providing record of
              communication with U.S. Army Corps of Engineers re the
              Commonwealth LNG Project under CP19-502.

| Record Item No. | Description |
|---|---|

529.  Filed By: Commonwealth LNG, LLC
Date Filed: 12/06/2022
Accession No: 20221206-5104
Description: Commonwealth LNG, LLC submits Notification of Acceptance of Authorization to site, construct, and operate the proposed Commonwealth LNG Project under CP19-502, et. al.

530.  Filed By: LOUISIANA BUCKET BRIGADE
Date Filed: 12/08/2022
Accession No: 20221208-0008
Description: Comments of Louisiana Bucket Brigade under CP19-502.

531.  Filed By: Individual No Affiliation
Date Filed: 12/16/2022
Accession No: 20221216-5187
Description: Comments of John C. Allaire re Environmental Information Request under CP19-502.

532.  Filed By: Individual No Affiliation
Date Filed: 12/16/2022
Accession No: 20221216-5200
Description: Comments of John C. Allaire under CP19-502.

533.  Filed By: Sierra Club
Date Filed: 12/19/2022
Accession No: 20221219-5261
Description: Sierra Club et al. submits Request for Rehearing of the November 17, 2022 Order under CP19-502.

534.  Filed By: Commonwealth LNG, LLC
Date Filed: 01/03/2023
Accession No: 20230103-5499
Description: Motion for Leave to Answer and Answer of Commonwealth LNG, LLC under CP19-502.

Record
Item No.    Description

535.    Issued By: SECRETARY OF THE COMMISSION, FERC
Date Filed: 01/19/2023
Accession No: 20230119-3019
Description: Notice of Denial of Rehearing by Operation of Law and
Providing for Further Consideration re Commonwealth LNG, LLC
under CP19-502.

536.    Filed By: Commonwealth LNG, LLC
Date Filed: 01/31/2023
Accession No: 20230131-5444
Description: Commonwealth LNG, LLC submits Notification of Cost
Sharing Plan Meeting to be held February 1, 2023 for the Cameron
Parish, Louisiana Project under CP19-502.

537.    Filed By: Commonwealth LNG, LLC
Date Filed: 02/17/2023
Accession No: 20230217-5184
Description: Commonwealth LNG, LLC submits Notification of
February 21, 2023 Cost-Sharing Plan Meeting under CP19-502.

538.    Filed By: Individual No Affiliation
Date Filed: 02/28/2023
Accession No: 20230228-5241
Description: Comments of John Allaire under CP19-502.

539.    Filed By: Individual No Affiliation
Date Filed: 03/07/2023
Accession No: 20230307-5006
Description: Comments of Carolyn Wentworth in Docket(s)/Project(s)
CP19-502-001, CP19-502-000 Submission Date: 3/7/2023

Filed By: Individual No Affiliation
Date Filed: 03/07/2023
Accession No: 20230307-5006
Description: Comments of Carolyn Wentworth in Docket(s)/Project(s)
CP19-502-001, CP19-502-000 Submission Date: 3/7/2023

| Record Item No. | Description |
|---|---|

540.    Filed By: Sierra Club Healthy Gulf Center for Biological Diversity Louisiana Bucket Brigade, Turtle Island Restoration Network,
Date Filed: 03/16/2023
Accession No: 20230316-5151
Description: Petition for Review filed in United States Court of Appeals for the District of Columbia Circuit of Healthy Gulf, et al. under CP19-502 (No Case No.).

541.    Filed By: Sierra Club Healthy Gulf Turtle Island Restoration Network Center for Biological Diversity, Louisiana Bucket Brigade
Date Filed: 03/23/2023
Accession No: 20230323-5228
Description: Petition for Review filed in United States Court of Appeals for the District of Columbia Circuit of Healthy Gulf, et al. under CP19-502 (Case No. 23-1069).

542.    Filed By: NATURAL RESOURCES DEFENSE COUNCIL
Date Filed: 03/24/2023
Accession No: 20230324-5050
Description: Petition for Review filed in United States Court of Appeals for the District of Columbia Circuit of Natural Resources Defense Council, Inc. under CP19-502 (Case No. 23-1071).

543.    Filed By: NATURAL RESOURCES DEFENSE COUNCIL
Date Filed: 03/24/2023
Accession No: 20230324-5050
Description: Petition for Review filed in United States Court of Appeals for the District of Columbia Circuit of Natural Resources Defense Council, Inc. under CP19-502 (Case No. 23-1071).

544.    Filed By: NATURAL RESOURCES DEFENSE COUNCIL
Date Filed: 03/24/2023
Accession No: 20230324-5050
Description: Petition for Review filed in United States Court of Appeals for the District of Columbia Circuit of Natural Resources Defense Council, Inc. under CP19-502 (Case No. 23-1071).

Record
Item No.    Description

545.        Filed By: Sierra Club
            Date Filed: 04/28/2023
            Accession No: 20230428-5518
            Description: Petitions for Review filed in the U.S. Court of Appeals
            for the Fifth Circuit and 19th Judicial District Court for East Baton
            Rouge Parish, Louisiana of Sierra Club under CP19-502 (No Case
            Nos.).

546.        Filed By: Sierra Club
            Date Filed: 04/28/2023
            Accession No: 20230428-5518
            Description: Petitions for Review filed in the U.S. Court of Appeals
            for the Fifth Circuit and 19th Judicial District Court for East Baton
            Rouge Parish, Louisiana of Sierra Club under CP19-502 (No Case
            Nos.).

547.        Filed By: Sierra Club
            Date Filed: 04/28/2023
            Accession No: 20230428-5518
            Description: Petitions for Review filed in the U.S. Court of Appeals
            for the Fifth Circuit and 19th Judicial District Court for East Baton
            Rouge Parish, Louisiana of Sierra Club under CP19-502 (No Case
            Nos.).

548.        Filed By: EARTH JUSTICE Natural Resource Defense Council
            Sierra Club, Center for Biological Diversity
            Date Filed: 05/15/2023
            Accession No: 20230515-5203
            Description: Comments of Earthjustice, et. al. re the March 29, 2023
            Roundtable on Environmental Justice and Equity in Infrastructure
            Permitting under AD23-5, et. al.

Record
Item No.        Description

549.        Issued By: SECRETARY OF THE COMMISSION,
            FERC COMMISSIONERS AND IMMEDIATE STAFF (THE
            COMMISSION)
            Date Filed: 06/09/2023
            Accession No: 20230609-3058
            Description: Order Addressing Arguments Raised on Rehearing re
            Commonwealth LNG, LLC under CP19-502. Commissioner Danly is
            concurring with a separate statement attached. Commissioner
            Clements is dissenting with a separate statement attached.

            In witness whereof I have hereunto
            subscribed and caused the seal of the Federal
            Energy Regulatory Commission to be affixed this
            9th day of June, 2023, at Washington, DC.

            /s/ *Kimberly D. Bose*

                Kimberly D. Bose,
                Secretary.

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and the Court's Administrative

Order Regarding Electronic Case Filing, I hereby certify that I have, this 9th day

of June 2023, served the foregoing upon the counsel listed in the Service

Preference Report via email through the Court's CM/ECF system.


*/s/ Anand Viswanathan*
Anand Viswanathan
Attorney


Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-6536
Email:  anand.viswanathan@ferc.gov